AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MARK YOUNG <br><br> *Plaintiff(s)* <br> v. <br> SOLANA LABS, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-03912 JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOLANA LABS, INC.; and ANATOLY YAKOVENKO
645 Howard Street
San Francisco, CA 94105

[See Attachment]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ivy T. Ngo
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
ingo@rochefreedman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

*Signature of Clerk or Deputy Clerk*

Date: 7/7/2022

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
### Mark Young v. Solana Labs, Inc. et al. | Case No. 3:22-cv-03912-JD

### ATTACHMENT TO SUMMONS

THE SOLANA FOUNDATION
Rue Rodolphe-Toepffer 8
Geneva, Geneva, 1206
Switzerland

MULTICOIN CAPITAL MANAGEMENT LLC; and KYLE SAMANI
501 West Avenue, Suite 3803
Austin, TX 78701

FALCONX LLC
1850 Gateway Drive, No. 450
San Mateo, CA 94404