| | |
|---|---|
| Kyle Roche (*phv forthcoming*) | Todd M. Schneider (SBN 158253) |
| Velvel (Devin) Freedman (*phv forthcoming*) | Matthew S. Weiler (SBN 236052) |
| Edward Normand (*phv forthcoming*) | Mark F. Ram (SBN 294050) |
| Ivy T. Ngo (SBN 249860) | **SCHNEIDER WALLACE** |
| Stephen Lagos (*phv forthcoming*) | **COTTRELL KONECKY LLP** |
| **ROCHE FREEDMAN LLP** | 2000 Powell Street, Suite 1400 |
| 99 Park Avenue, 19th Floor | Emeryville, CA 94608 |
| New York, NY 10016 | Telephone: (415) 421-7100 |
| Tel.: (646) 350-0527 | TSchneider@schneiderwallace.com |
| kyle@rochefreedman.com | MWeiler@schneiderwallace.com |
| vel@rochefreedman.com | MRam@schneiderwallace.com |
| tnormand@rochefreedman.com | |
| ingo@rochefreedman.com | Jason H. Kim (SBN 220279) |
| slagos@rochefreedman.com | **SCHNEIDER WALLACE** |
| | **COTTRELL KONECKY LLP** |
| | 300 S. Grand Avenue, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone: (415) 421-7100 |
| | JKim@schneiderwallace.com |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, | Case No. 3:22-cv-03912-JD |
| Plaintiff, | **NOTICE OF PUBLICATION** |
| v. | |
| SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC, | |
| Defendants. | |

NOTICE IS HEREBY given that pursuant to Civil L. R. 23-1(a) and the Private Securities Litigation Reform Act of 1995, Pub.L.No. 104-67, 109 Stat. 737 (1995), Plaintiff caused to be published, in a widely circulated national business-oriented publication or wire service, a Notice advising members of the purported Plaintiff class. Please see attached publication as Exhibit A.

Dated: July 21, 2022

Respectfully submitted,

*/s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
Mark F. Ram (SBN 294050)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

Kyle Roche (*phv forthcoming*)
Velvel (Devin) Freedman (*phv forthcoming*)
Edward Normand (*phv forthcoming*)
Ivy T. Ngo (SBN 249860)
Stephen Lagos (*phv forthcoming*)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 1910
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com
vel@rochefreedman.com
tnormand@rochefreedman.com
ingo@rochefreedman.com

NOTICE OF PUBLICATION – Case No. 3:22-cv-03912-JD

1

slagos@rochefreedman.com

*Counsel for Plaintiff and the Class*