1   LATHAM & WATKINS LLP
Matthew Rawlinson (CA Bar No. 231890)
2     *matt.rawlinson@lw.com*
140 Scott Drive
3   Menlo Park, CA 94025
Telephone:  +1.650.328.4600
4
Morgan E. Whitworth (CA Bar No. 304907)
5     *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
6   San Francisco, California 94111
Telephone: +1.415.391.0600
7
Susan E. Engel (*pro hac vice* application forthcoming)
8     *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
9   Washington, D.C. 20004
Telephone: +1.202.637.2200
10
11   *Attorneys for Defendant Solana Labs, Inc.*

12

13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18   MARK YOUNG, on behalf of himself       Case No. 3:22-cv-03912-JD
and all others similarly situated,
19                                          **NOTICE OF APPEARANCE OF**
Plaintiff,                 **MATTHEW RAWLINSON**
20
v.                                   Hon. James Donato
21
SOLANA LABS, INC., THE SOLANA
22   FOUNDATION, ANATOLY
YAKOVENKO, MULTICOIN CAPITAL
23   MANAGEMENT LLC, KYLE SAMANI,
and FALCONX LLC,
24
Defendants.
25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1         TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:   PLEASE

2    TAKE NOTICE that Matthew Rawlinson of LATHAM & WATKINS LLP hereby enters his

3    appearance in the above-captioned matter as counsel for Defendant Solana Labs, Inc.

4         He respectfully requests that all pleadings, notices, orders, correspondence and other

5    papers in connection with this action be served upon him at the following address:

6                          Matthew Rawlinson
                            LATHAM & WATKINS LLP

7                          140 Scott Drive
                      Menlo Park, CA 94025

8                          Tel: +1.650.328.4600
                      matt.rawlinson@lw.com

9

10   Dated:  August 1, 2022              Respectfully submitted,

11

12                               LATHAM & WATKINS LLP

13                               */s/ Matthew Rawlinson*
                            Matthew Rawlinson (CA Bar No. 231890)

14                                *matt.rawlinson@lw.com*
                            140 Scott Drive

15                               Menlo Park, CA 94025
                            Telephone:  +1.650.328.4600

16

17                               *Attorneys for Defendant Solana Labs, Inc.*

18

19

20

21

22

23

24

25

26

27

28