| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Matthew Rawlinson (CA Bar No. 231890) |
| 2 |   matt.rawlinson@lw.com |
| | 140 Scott Drive |
| 3 | Menlo Park, CA 94025 |
| | Telephone: +1.650.328.4600 |
| 4 | |
| | Morgan E. Whitworth (CA Bar No. 304907) |
| 5 |   morgan.whitworth@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, California 94111 |
| | Telephone: +1.415.391.0600 |
| 7 | |
| | Susan E. Engel (*pro hac vice* application forthcoming) |
| 8 |   susan.engel@lw.com |
| | 555 Eleventh Street, NW, Suite 1000 |
| 9 | Washington, D.C. 20004 |
| | Telephone: +1.202.637.2200 |

*Attorneys for Defendant Solana Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, | Case No. 3:22-cv-03912-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF MORGAN E. WHITWORTH** |
| v. | Hon. James Donato |
| SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC, | |
| Defendants. | |

1  TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST: PLEASE
2  TAKE NOTICE that Morgan Whitworth of LATHAM & WATKINS LLP hereby enters his
3  appearance in the above-captioned matter as counsel for Defendant Solana Labs, Inc.

4  He respectfully requests that all pleadings, notices, orders, correspondence and other
5  papers in connection with this action be served upon him at the following address:

>
> Morgan E. Whitworth
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111
> Tel: +415.391.0600
> morgan.whitworth@lw.com

Dated: August 1, 2022                              Respectfully submitted,

                                                   LATHAM & WATKINS LLP

                                                   */s/ Morgan E. Whitworth*
                                                   Morgan E. Whitworth (CA Bar No. 304907)
                                                    morgan.whitworth@lw.com
                                                   505 Montgomery Street, Suite 2000
                                                   San Francisco, California 94111
                                                   Telephone: +1.415.391.0600

                                                   *Attorneys for Defendant Solana Labs, Inc.*