LATHAM & WATKINS LLP
Matthew Rawlinson (CA Bar No. 231890)
  matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
  morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice* application pending)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Solana Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**DEFENDANT SOLANA LABS, INC.'S, FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>Hon. James Donato |

# **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Solana Labs, Inc., hereby make the following disclosures:

1. Solana Labs, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 1, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Matthew Rawlinson*
Matthew Rawlinson (CA Bar No. 231890)
 *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
 *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice* application pending)
 *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Solana Labs, Inc.*