| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Matthew Rawlinson (CA Bar No. 231890) |
| 2 | matt.rawlinson@lw.com |
| | 140 Scott Drive |
| 3 | Menlo Park, CA 94025 |
| | Telephone: +1.650.328.4600 |
| 4 | |
| | Morgan E. Whitworth (CA Bar No. 304907) |
| 5 | morgan.whitworth@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, California 94111 |
| | Telephone: +1.415.391.0600 |
| 7 | |
| | Susan E. Engel (*pro hac vice* application pending) |
| 8 | susan.engel@lw.com |
| | 555 Eleventh Street, NW, Suite 1000 |
| 9 | Washington, D.C. 20004 |
| | Telephone: +1.202.637.2200 |

*Attorneys for Defendant Solana Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**DEFENDANT SOLANA LABS, INC.'S, CIVIL LOCAL RULE 3-15 CERTIFICATION**<br><br>Hon. James Donato |

## **CIVIL LOCAL RULE 3-15 CERTIFICATION**

Counsel for Defendant Solana Labs, Inc., hereby certifies that as of this date, other than the named parties, it is not aware of any other person or entity with a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: August 1, 2022                                   Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Matthew Rawlinson*
Matthew Rawlinson (CA Bar No. 231890)
 matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
 morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice* application pending)
 susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Solana Labs, Inc.*