1  LATHAM & WATKINS LLP
   Matthew Rawlinson (CA Bar No. 231890)
2    matt.rawlinson@lw.com
   140 Scott Drive
3  Menlo Park, CA 94025
   Telephone: +1.650.328.4600
4

   Morgan E. Whitworth (CA Bar No. 304907)
5    morgan.whitworth@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111
   Telephone: +1.415.391.0600
7
   Susan E. Engel (*pro hac vice* application pending)
8    susan.engel@lw.com
   555 Eleventh Street, NW, Suite 1000
9  Washington, D.C. 20004
   Telephone: +1.202.637.2200
10

11 *Attorneys for Defendant Solana Labs, Inc.*

12 [Additional Counsel Listed on Signature Page]

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Hon. James Donato |

Plaintiff Mark Young ("Plaintiff") and Defendant Solana Labs, Inc. ("Solana Labs") (collectively, the "Parties"), through their respective attorneys of record, herein enter into this Stipulation pursuant to Local Rule 6-1(a) with reference to the following circumstances:

WHEREAS, on July 1, 2022, Plaintiff filed a complaint captioned *Mark Young, on behalf of himself and all others similarly situated, v. Solana Labs, Inc., The Solana Foundation, Anatoly Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC* in the above-captioned case alleging violations of the Securities Act of 1933 and the California Corporations Code (the "Complaint") against Defendants Solana Labs, The Solana Foundation, Anatoly Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC (collectively, the "Defendants");

WHEREAS, the action is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides for a specific process for the appointment of lead plaintiff and lead counsel to represent the putative class;

WHEREAS, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of the action on the docket on July 21, 2022;

WHEREAS, on July 13, 2022, Plaintiff effectuated service of the Complaint on Solana Labs;

WHEREAS, counsel for Defendants Multicoin Capital Management LLC and Kyle Samani has agreed to accept service of the Complaint;

WHEREAS, the current deadline for Solana Labs to file an answer or otherwise respond to the Complaint is August 3, 2022;

WHEREAS, Plaintiff is in the process of serving the other Defendants, but those Defendants do not yet have a pending obligation to answer or otherwise respond to the Complaint;

WHEREAS, the Parties agree that the filing of an answer or other response to the Complaint would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing a lead plaintiff and lead counsel and the filing of an amended or consolidated complaint by the appointed lead plaintiff or the designation of an existing complaint as the operative complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties listed below, that:

1. Defendants shall not be required to answer or otherwise respond to the Complaint until after a lead plaintiff has been appointed and has filed an amended or consolidated complaint or designated the existing Complaint as the operative complaint.

2. Within fourteen (14) days of the resolution of any motions for the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4, the appointed lead plaintiff, Solana Labs, and all other Defendants who have been served or waived service shall meet and confer and submit a proposed schedule for the filing of an amended or consolidated complaint (or the designation of an existing Complaint as the operative complaint) and briefing for any motion to dismiss.

3. By entering into this Stipulation, Defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise, including without limitation as to service, jurisdiction, forum, or venue.

Dated: August 1, 2022                Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Matthew Rawlinson*
Matthew Rawlinson (CA Bar No. 231890)
  *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice* application pending)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

| | |
|---|---|
| 1 | Telephone: +1.202.637.2200 |
| 2 | |
| 3 | *Attorneys for Defendant Solana Labs, Inc.* |
| 4 | SCHNEIDER   WALLACE   COTTRELL KONECKY LLP |
| 5 | |
| 6 | */s/ Matthew S. Weiler*<br>Todd M. Schneider (SBN 158253) |
| 7 | Jason H. Kim (SBN 220279)<br>Matthew S. Weiler (SBN 236052) |
| 8 | Mark F. Ram (SBN 294050)<br>2000 Powell Street, Suite 1400 |
| 9 | Emeryville, CA 94608<br>Telephone: (415) 421-7100 |
| 10 | TSchneider@schneiderwallace.com<br>MWeiler@schneiderwallace.com |
| 11 | MRam@schneiderwallace.com |
| 12 | Jason H. Kim (SBN 220279)<br>300 S. Grand Avenue, Suite 2700 |
| 13 | Los Angeles, CA 90071<br>Telephone: (415) 421-7100 |
| 14 | JKim@schneiderwallace.com |
| 15 | ROCHE FREEDMAN LLP<br>Kyle Roche (*phv forthcoming*) |
| 16 | Velvel (Devin) Freedman (*phv forthcoming*)<br>Edward Normand (*phv forthcoming*) |
| 17 | Ivy T. Ngo (SBN 249860)<br>Stephen Lagos (*phv forthcoming*) |
| 18 | 99 Park Avenue, 1910<br>New York, NY 10016 |
| 19 | Tel.: (646) 350-0527<br>kyle@rochefreedman.com |
| 20 | vel@rochefreedman.com<br>tnormand@rochefreedman.com |
| 21 | ingo@rochefreedman.com<br>slagos@rochefreedman.com |
| 22 | *Counsel for Plaintiff* |
| 23 | |
| | WAYMAKER LLP |
| 24 | |
| 25 | */s/ Scott M. Malzahn*<br>Brian E. Klein (CA Bar No. 258486) |
| 26 | bklein@waymakerlaw.com<br>Donald R. Pepperman (CA Bar No. 109809) |
| 27 | dpepperman@waymakerlaw.com<br>Scott M. Malzahn (CA Bar No. 229204) |
| 28 | smalzahn@waymakerlaw.com<br>Kevin M. Casey (CA Bar No. 338924) |

*kcasey@waymakerlaw.com*
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: +1.424.652.7800

*Attorneys for Multicoin Capital Management, LLC and Kyle Samani*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Extend Time to Respond to Complaint Pursuant to Local Rule 6-1(a). Pursuant to L.R. 5-1(h)(3) regarding signatures, I, Matthew Rawlinson, attest that concurrence in the filing of this document has been obtained.

Dated: August 1, 2022

*/s/ Matthew Rawlinson*
Matthew Rawlinson