|   | UNITED STATES DISTRICT COURT |
|---|---|
|   | NORTHERN DISTRICT OF CALIFORNIA |

MARK YOUNG,

    Plaintiff(s),

v.

SOLANA LABS, INC., et al.,

    Defendant(s).

Case No. 3:22-cv-03912-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Susan E. Engel, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Solana Labs, Inc. in the above-entitled action. My local co-counsel in this case is Matthew Rawlinson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 231890.

Latham & Watkins LLP, 555 Eleventh St., NW, Suite 1000, Washington, D.C. 20004
MY ADDRESS OF RECORD

Latham & Watkins LLP, 140 Scott Dr., Menlo Park, CA 94025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202.637.2200
MY TELEPHONE # OF RECORD

650.328.4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

susan.engel@lw.com
MY EMAIL ADDRESS OF RECORD

matt.rawlinson@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 484448.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: August 1, 2022                              /s/ Susan E. Engel
                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Susan E. Engel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 2, 2022

_____
UNITED STATES DISTRICT/ JUDGE

Updated 11/2021                                           2