Kyle Roche (admitted *phv*)
Velvel (Devin) Freedman (admitted *phv*)
Edward Normand (admitted *phv*)
Ivy T. Ngo (SBN 249860)
Stephen Lagos (*phv forthcoming*)
**ROCHE FREEDMAN LLP**
99  Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
ingo@rochefreedman.com
slagos@rochefreedman.com

Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Mark F. Ram (SBN 294050)
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Tschneider@schneiderwallace.com
Jkim@schneiderwallace.com
MWeiler@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Tel: 415-421-7100

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

 MARK YOUNG, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SOLANA LABS, INC.;
THE SOLANA FOUNDATION;
ANATOLY YAKOVENKO; MULTICOIN
CAPITAL MANAGEMENT LLC; KYLE
SAMANI; and FALCONX LLC,

Defendants.

Case No. 3:22-cv-03912

**NOTICE OF WITHDRAWAL OF
KYLE W. ROCHE AS COUNSEL**

Judge: Hon. James Donato

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

   PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby

3

notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and

4

is therefore withdrawing as counsel of record in this case.

5

   **NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions,

6

correspondence, communications, regarding the above-caption action, should be served on

7

Kyle W. Roche.   Any and all future CM/ECF notifications should remain directed towards

8

Velvel Freedman, Edward Normand, Stephen Lagos, and Ivy Ngo, attorneys of record for Plaintiff

9

Mark Young.

10

DATED: September 1, 2022                    Respectfully Submitted,

11

12

                                        **ROCHE FREEDMAN LLP**

13

                                        */s/ Kyle W. Roche*
                                        Kyle W. Roche

14

                                        99 Park Avenue, 19th Floor
                                        New York, NY 10016

15

                                        kyle@rochefreedman.com

16

                                        *Counsel for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL
Case No. 3:22-cv-03192
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                         */s/ Kyle W. Roche*
                         Kyle W. Roche