# Exhibit 3

**Solana Labs, Inc. Loss Chart**
**between March 24, 2020 and July 1, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $0.00 |
| Mohammed Rashid | 12/23/2021 | 52.108 | ($189.09) | ($9,853.10) | | | | | 52.108 | $0.00 | ($9,853.10) | |