Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**CERTIFICATION PURSUANT TO LR 3-15**<br><br><u>CLASS ACTION</u><br><br>Judge: James Donato |

**CERTIFICATION PURSUANT TO LR 3-15**

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than movant Mohammed Rashid, there is no such interest to report.

Executed on September 6, 2022       **THE ROSEN LAW FIRM, P.A.**

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN #219683)

1
CERTIFICATION PURSUANT TO LR 3-15 — Case No. 3:22-cv-03912-JD

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 6, 2022, I electronically filed the following **CERTIFICATION PURSUANT TO LR 3-15** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 6, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen