Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN PURSUANT TO LOCAL RULE 3-7(d)**<br><br><u>CLASS ACTION</u><br><br>Judge: James Donato |

Pursuant to Northern District Local Rule 3-7(d), I, LAURENCE M. ROSEN, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

| | |
|---|---|
| Executed on September 6, 2022 | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Laurence M. Rosen |
| | Laurence M. Rosen, Esq. (SBN #219683) |

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 6, 2022, I electronically filed the following **CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN PURSUANT TO LOCAL RULE 3-7(d)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 6, 2022.

                                                  /s/ Laurence M. Rosen
                                                  Laurence M. Rosen