Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
Mark F. Ram (SBN 294050)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
Ssarkis@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MARK YOUNG, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,

Defendants.

Case No. 3:22-cv-03912-JD

**DECLARATION OF SUNNY S. SARKIS IN SUPPORT OF MOTION TO SERVE AS LEAD PLAINTIFF AND TO APPOINT LEAD COUNSEL**

I, SUNNY S. SARKIS, declare the following:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace"), counsel for proposed lead plaintiff/movant Mark Young. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I have personal knowledge of the facts in this declaration. If called as a witness, I would and could competently testify to them.

2. Attached hereto are true and correct copies of the following exhibits:

a. Exhibit A: Notice of pendency of class action published on PR Newswire, a national business-oriented wire service, on July 6, 2022 (ECF 20 & 20-1);

b. Exhibit B: Movant's Sworn Certification; and

c. Exhibit C: Schenider Wallace Firm Resume.

3. After graduating from McGeorge School of Law, I worked as a judicial law clerk for two bankruptcy judges in the United States Bankruptcy Court for the Eastern District of California.

4. Following my federal bankruptcy clerkships, I joined a large plaintiff-side law firm specializing in prosecuting private federal class actions for violations of the federal securities laws. My representative matters include:

- *Hutchinson v. Perez (In re Eastman-Kodak Securities Litigation)*, No. 1:12-cv-01073-HB (S.D.N.Y. Feb. 10, 2012) (Baer, J.);
- *In re Celera Corporation Securities Litigation*, No. 5:10-cv-02604-EJD (N.D. Cal. June 17, 2010) (Davila, J.);
- *City of Dearborn Heights Act 345 Police & Fire Retirement System v. Align Technology, Inc.*, No. 5:12-cv-06039-BLF (N.D. Cal. Nov. 28, 2012) (Freeman, J.);
- *Westley et al v. Oclaro, Inc.*, No. 3:11-cv-02448-EMC (N.D. Cal. May 19, 2011) (Chen, J.);
- *Thomas v. Magnachip Semiconductor Corp.*, No. 3:14-cv-01160-JST (N.D. Cal. Mar. 12, 2014) (Tigar, J.);

- *Bodri v. GoPro, Inc.*, No. 4:16-cv-00232-JST (N.D. Cal. Jan. 13. 2016) (Tigar, J.);
- *Steck v. Santander Consumer USA Holdings Inc*., No. 3:15-cv-02129-K (N.D. Tex. June 24, 2015) (Kinkeade, J.);
- *City of Roseville Employees Retirement System v. Sterling Financial Corporation*, No. 2:09-cv-00368-SAB (E.D. Wa. Dec. 11, 2009) (Bastian, J.);
- *City of Westland Police and Fire Retirement System v. Metlife, Inc*., No. 1:12-cv-00256-LAK (S.D.N.Y. Jan. 12, 2012) (Kaplan, J.); and
- *City of Sterling Heights General Employees Retirement System v. Prudential Financial, Inc.*, No. 2:12-cv-05275-MCA-LDW (D.N.J. Aug. 22, 2012) (Wettre, J.).

5. I joined Schneider Wallace on or around February 28, 2022.

6. At Schneider Wallace, I work primarily in the financial services group, along with my colleagues, Todd M. Schneider, Jason H. Kim, and Matthew S. Weiler, in the Emeryville, California office.

7. My colleague, Matthew S. Weiler, has more than fifteen years' experience litigating antitrust, *qui tam*, and securities matters in California state court and federal courts across the U.S. Prior to pursuing his plaintiff-oriented practice, Mr. Weiler represented defendants in securities litigation for ten years. During his time as a defense attorney, Mr. Weiler defended issuers of securities in lititgation brought by shareholders under state and federal laws. From January 2015 until June 2017 at a prior firm Mr. Weiler was a member of the team that pursued antitrust claims before this Court concerning price-fixing of capacitors, a passive electronic component. Mr. Weiler's responsibilities in the *Capacitors* litigation included drafting opposition to Defendants' motions to dismiss and other key pretrial briefing; conducting depositions of fact witnesses and Defendants' Rule 30(b)(6) desiginess; developing economic theories that supported damages analysis; and presenting oral argument to this Court.

8. At a prior plaintiff-oriented firm, Mr. Weiler had responsibilities in the *In re Twitter Securities Litigation*, Case No. 3:16-cv-05314 (N.D. Cal.) related to that firm's role as liaison counsel. The *Twitter Securities* case settled for $809.5 million. Additionally, Mr. Weiler played a limited role in focusing on the price-fixing allegations that were the basis for the securities laws

violations and certain expert work in *In re Teva Securities Litigation*, Case 3:17-cv-00558-SRU (S.D.N.Y.), which settled earlier this year for $420 million.

9. At Schneider Wallace, Mr. Weiler represents firm clients in pursuing claims related to price fixing of generic drug, and other anticompetitive practices in the health care industry that harm health care providers. Mr. Weiler is a key team member in the *Tether* litigation, which concerns claims brought by crypto asset purchasers for market manipulation.

I hereby declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: September 6, 2022

Respectfully submitted,

*/s/ Sunny S. Sarkis*

Sunny S. Sarkis
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**