# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Mark Young hereby certify, as to the claims asserted under the federal securities laws, that:

1. I an investor in crypto assets, including in securities issued by Solana Labs ("SOL tokens"). I have reviewed the complaint with my counsel, attorneys at the law firms Roche Freedman LLP and Schneider Wallace Cottrell Konecky LLP ("legal counsel").

2. Based on my legal counsel's knowledge and advice, I have authorized the filing of the complaint.

3. I did not purchase the securities that are the subject of this action at the direction of legal counsel or in order to participate in any action arising under the federal securities laws.

4. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5. My transactions in the SOL tokens that are the subject of this action are set forth in the chart attached hereto. I purchased the SOL tokens reflected here on Exodus, using other crypto assets (such as Cardano, Dash, Ethereum, Litecoin) to exchange. These exchanges haven been converted into U.S. dollars on the attached using the value of the U.S. dollar at the time of the exchange contemporaneous with the exchange.

6. I have not served as a representative party on behalf of a class in any action filed under federal securities laws in the last three years.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

8. I understand that executing this Certification is not a prerequisite to participation in this Class Action as a member of the Class

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 1st day of July, 2022

/s/ *Mark Young*

Mark Young

## TRANSACTIONS IN SOL TOKENS

| Transaction | Date | Tokens | Price ($) |
|---|---|---|---|
| Purchases | 8/19/2021 | 10.011719 | 727.30 |
| | | 11.984758 | 870.63 |
| | | 11.123431 | 808.06 |
| Purchases | 8/31/2021 | 200.802466978 | 21,813.85 |
| | | 11.084189 | 1,204.11 |
| | | 6.5256296 | 708.90 |
| | | 3.3141126 | 360.02 |
| | | 190 | 20,640.34 |
| | | 190 | 20,640.34 |
| | | 190 | 20,640.34 |
| Purchases | 9/3/2021 | 27.403794 | 3,813.53 |
| | | 17.091514 | 2,378.47 |
| | | 32.50758728 | 4,765.20 |
| Purchase | 9/4/2021 | 31.73062298 | 4,415.66 |

| Purchase | 9/8/2021 | 1.647515 | 309.83 |
|---|---|---|---|
| | | 42.63808933 | 8,018.55 |
| Purchases | 9/9/2021 | 22.897095 | 4,306.04 |
| | | 6.7831611 | 1,275.65 |
| | | | |
| | | | |