# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SOLANA LABS, INC.;<br>THE SOLANA FOUNDATION;<br>ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.  3:22-cv-03912-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SERVE AS LEAD PLAINTIFF AND TO APPOINT LEAD COUNSEL**<br><br>HEARING DATE: October 13, 2022<br>TIME:  10:00 A.M.<br>COURTROOM: 11<br><br>**HONORABLE JUDGE JAMES DONATO** |

The instant Motion to Serve as Lead Plaintiff and to Appoint Lead Counsel came on for hearing on October 13, 2022, at 10:00 a.m. Pacific, in Courtroom 11, before the Honorable James Donato. Latham Watkins LLP appeared on behalf of Defendant Solana Labs, Inc.  Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace") appeared on behalf of Plaintiff Mark Young and the Class.

Having considered Mark Young's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED;**

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), hereby appoints Mark Young as Lead Plaintiff; and

3. Lead Plaintiff's choice of counsel is approved. Schneider Wallace is approved to serve as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable James Donato
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SERVE AS LEAD PLAINTIFF AND TO APPOINT LEAD COUNSEL - Case No. 3:22-cv-03912-JD

1