1  Matthew S. Weiler (SBN 236052)
   SCHNEIDER WALLACE
2  COTTRELL KONECKY LLP
   2000 Powell Street, Suite 1400
3  Emeryville, CA 94608
   Telephone: (415) 421-7100
4  MWeiler@schneiderwallace.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, | Case No. 3:22-cv-03912-JD |
| Plaintiff, | **CERTIFICATION OF COUNSEL UNDER LOCAL RULE 6-1(a)** |
| v. | Hon. James Donato |
| SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC, | |
| Defendants. | |

# CERTIFICATION OF MATTHEW S. WEILER

I make this declaration pursuant to Civil L.R. 3-7(d) of the U.S. District Court for the Northern District of California:

1. I am seeking to serve as class counsel in the above-captioned actions, which is governed by the Private Securities Litigation Reform Act of 1955, Pub. L. No. 104-76, 109 Stat. 737 (1995).

2. I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of September, 2022, in Moraga, California.

Dated:  September 6, 2022                                    Respectfully submitted,

SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
Mark F. Ram (SBN 294050)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com