1  Todd M. Schneider (SBN 158253)
   Matthew S. Weiler (SBN 236052)
2  Sunny Sarkis (SBN 258073)
   Mark F. Ram (SBN 294050)
3  **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
4  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
5  Telephone: (415) 421-7100
   TSchneider@schneiderwallace.com
6  MWeiler@schneiderwallace.com
   SSarkis@schneiderwallace.com
7  MRam@schneiderwallace.com

   Jason H. Kim (SBN 220279)
   **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
   300 S. Grand Avenue, Suite 2700
   Los Angeles, CA 90071
   Telephone: (415) 421-7100
   JKim@schneiderwallace.com

8

9

10

11              **THE UNITED STATES DISTRICT COURT**

12         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14  MARK YOUNG, on behalf of himself
    and all others similarly situated,
15
                                              Case No. 3:22-cv-03912-JD
         Plaintiff,
16                                            **CERTIFICATION OF COUNSEL**
                                              **UNDER LOCAL RULE 6-1(a)**
17  v.
                                              Hon. James Donato
18  SOLANA LABS, INC., THE SOLANA
    FOUNDATION, ANATOLY
19  YAKOVENKO, MULTICOIN CAPITAL
    MANAGEMENT LLC, KYLE SAMANI,
20  and FALCONX LLC,

21       Defendants.

22

23

24

25

26

27

28

1  **CERTIFICATION OF SUNNY S. SARKIS**

2      I make this declaration pursuant to Civil L.R. 3-7(d) of the U.S. District Court for the

3  Northern District of California:

4      1.      I am seeking to serve as class counsel in the above-captioned actions, which

5  is governed by the Private Securities Litigation Reform Act of 1955, Pub. L. No. 104-76, 109 Stat.

6  737 (1995).

7      2.      I do not directly own or otherwise have a beneficial interest in the securities that

8  are the subject of the above-captioned action.

9      I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct. Executed this 6th day of September, 2022, in Sacramento, California.

11

12 Dated:  September 6, 2022                    Respectfully submitted,

13

14

15

16                              SCHNEIDER WALLACE COTTRELL
                                KONECKY LLP

17                              */s/ Sunny S. Sarkis*
                                Todd M. Schneider (SBN 158253)
18                              Matthew S. Weiler (SBN 236052)
                                Sunny S. Sarkis (SBN 258073)
19                              Mark F. Ram (SBN 294050)
                                2000 Powell Street, Suite 1400
20                              Emeryville, CA 94608
                                Telephone: (415) 421-7100
21                              TSchneider@schneiderwallace.com
                                MWeiler@schneiderwallace.com
22                              SSarkis@schneiderwallace.com
                                MRam@schneiderwallace.com
23
                                Jason H. Kim (SBN 220279)
24                              300 S. Grand Avenue, Suite 2700
                                Los Angeles, CA 90071
25                              Telephone: (415) 421-7100
                                JKim@schneiderwallace.com
26

27

28

CERTIFICATION OF COUNSEL
CASE NO. 3:22-cv-03912-JD

1