LATHAM & WATKINS LLP
 Matthew Rawlinson (CA Bar No. 231890)
  matt.rawlinson@lw.com
 140 Scott Drive
 Menlo Park, CA 94025
 Telephone: +1.650.328.4600

 Morgan E. Whitworth (CA Bar No. 304907)
  morgan.whitworth@lw.com
 505 Montgomery Street, Suite 2000
 San Francisco, California 94111
 Telephone: +1.415.391.0600

 Susan E. Engel (*pro hac vice*)
  susan.engel.@lw.com
 555 Eleventh Street, N.W., Suite 1000
 Washington, D.C. 20004-1304
 Telephone: +1.202.637.2200
 Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC,<br>Defendants. | Case No.: 3:22-cv-03912-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED DEADLINES**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: James Donato |

Plaintiff Mark Young ("Plaintiff") and Defendant Solana Labs, Inc. ("Solana Labs") (collectively, the "Parties"), through their respective attorneys of record, herein enter into this Stipulation pursuant to Local Rule 6-1(a) and submit a stipulated request under Local Rule 6-2 that the Court modify dates in its schedule related to ADR matters, the initial case management conference, and related deadlines. This stipulation is based on the following circumstances:

**WHEREAS**, on July 1, 2022, Plaintiff filed a complaint captioned *Mark Young, on behalf of himself and all others similarly situated, v. Solana Labs, Inc., The Solana Foundation, Anatoly Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC* in the above-captioned case alleging violations of the Securities Act of 1933 and the California Corporations Code (the "Complaint") against Defendants Solana Labs, The Solana Foundation, Anatoly Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC (collectively, the "Defendants");

**WHEREAS**, on July 6, 2022, this Court issued an Initial Case Management Scheduling Order with ADR Deadlines, setting the Initial Case Management Conference for September 29, 2022 (Dkt. 9);

**WHEREAS**, this action asserts claims under the Securities Act of 1933, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 77z-1 et seq. Under 15 U.S.C. §77z-1(b)(1), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss. The PSLRA also provides for consolidation of all related actions and the appointment of lead plaintiff and lead counsel. *See* 15 U.S.C. §77z-1(a);

**WHEREAS**, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of the action on the docket on July 21, 2022 (Dkt. 20);

**WHEREAS**, on August 1, 2022, Plaintiff and Solana Labs filed a Stipulation to Extend Time to Respond to the Complaint until after the selection of Lead Plaintiff (Dkt. 26);

**WHEREAS**, the last day to file motions to serve as lead plaintiff was September 6, 2022 (Dkt. 20-1); there were two (2) motions filed by that date;

1  **WHEREAS**, briefing on the motions to serve as lead plaintiff will not be complete until September 27, 2022, at the earliest, which is just two days before the date on which the Initial Case Management Conference is scheduled;

**WHEREAS**, the Parties anticipate that the eventual lead plaintiff will file an amended complaint and Defendants will file one or more motions to dismiss the claims asserted against them;

**WHEREAS**, Defendants are complying with their obligation to preserve relevant documents and information while discovery is stayed;

**WHEREAS**, in the interest of efficiency, the Parties have conferred and respectfully request that the Initial Case Management Conference, currently calendared for September 29, 2022, along with any associated deadlines under the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of California and all ADR Multi-Option Program deadlines, be vacated and reset following the appointment of lead plaintiff and lead counsel, with all associated deadlines continued correspondingly.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. Subject to the Court's approval of this stipulation, the Initial Case Management Conference scheduled for September 29, 2022 is vacated, along with any associated deadlines under the Federal Riles of Civil Procedures and the Local Civil Rules for the United States District Court for the Northern District of California, and all ADR Multi-Option Program deadlines, shall be vacated and reset after appointment of lead plaintiff and lead counsel, with all associated deadlines continued correspondingly.

DATED: September 7, 2022                        LATHAM & WATKINS LLP

 /s/ Matthew Rawlinson
Matthew Rawlinson (CA Bar No. 231890)
matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIP. AND [PROPOSED] ORDER TO CONTINUE
CMC AND ALL ASSOCIATED DATES
Case No.: 3:22-cv-03912-JD

Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (pro hac vice)
susan.engel.@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

DATED: September 7, 2022

SCHNEIDER WALLACE
COTTRELL KONECKY LLP


/s/ Matthew S. Weiler
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
Sunny Sarkis (SBN 258073)
Mark F. Ram (SBN 294050)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com
MRam@schneiderwallace.com


Jason H. Kim (SBN 220279)
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com


*Counsel for Plaintiff, Mark Young*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER TO CONTINUE
CMC AND ALL ASSOCIATED DATES
Case No.: 3:22-cv-03912-JD

| | | |
|---|---|---|
| 1 | DATED: September 7, 2022 | WAYMAKER LLP |
| 2 | | |
| 3 | | */s/ Scott M. Malzahn* |
| | | Brian E. Klein (CA Bar No. 258486) |
| 4 | | bklein@waymakerlaw.com |
| | | Donald R. Pepperman (CA Bar No. 109809) |
| 5 | | dpepperman@waymakerlaw.com |
| | | Scott M. Malzahn (CA Bar No. 229204) |
| 6 | | smalzahn@waymakerlaw.com |
| | | Kevin M. Casey (CA Bar No. 338924) |
| 7 | | ATTORNEYS AT LAW |
| | | kcasey@waymakerlaw.com |
| 8 | | 515 S. Flower Street, Suite 3500 |
| | | Los Angeles, CA 90071 |
| 9 | | Telephone: +1.424.652.7800 |
| 10 | | |
| | | *Attorneys for Multicoin Capital Management, LLC* |
| 11 | | *and Kyle Samani* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER TO CONTINUE
CMC AND ALL ASSOCIATED DATES
Case No.: 3:22-cv-03912-JD

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  DATED: _____

4  Hon. James Donato
   United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND [PROPOSED] ORDER TO CONTINUE
CMC AND ALL ASSOCIATED DATES
Case No.: 3:22-cv-03912-JD

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Continuing Case Management Conference and all Associated Deadlines. Pursuant to L.R 5-1(h)(3) regarding signatures, I, Matthew Rawlinson, attest that concurrence in the filing of this document has been obtained.

DATED:  September 7, 2022            */s/ Matthew Rawlinson*
                                     Matthew Rawlinson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIP. AND [PROPOSED] ORDER TO CONTINUE
CMC AND ALL ASSOCIATED DATES
Case No.: 3:22-cv-03912-JD