1  LATHAM & WATKINS LLP
    Matthew Rawlinson (CA Bar No. 231890)
2   *matt.rawlinson@lw.com*
    140 Scott Drive
3  Menlo Park, CA 94025
    Telephone: +1.650.328.4600
4

    Morgan E. Whitworth (CA Bar No. 304907)
5   *morgan.whitworth@lw.com*
    505 Montgomery Street, Suite 2000
6  San Francisco, California 94111
    Telephone: +1.415.391.0600
7

    Susan E. Engel (*pro hac vice*)
8   *susan.engel.@lw.com*
    555 Eleventh Street, N.W., Suite 1000
9  Washington, D.C. 20004-1304
    Telephone: +1.202.637.2200
10  Facsimile: +1.202.637.2201

11 *Attorneys for Defendant Solana Labs, Inc.*

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16 MARK YOUNG, on behalf of himself and all    Case No.: 3:22-cv-03912-JD
    others similarly situated,
17                                               **DECLARATION OF MATTHEW**
                                                 **RAWLINSON IN SUPPORT OF**
18              Plaintiff,                        **STIPULATION AND [PROPOSED]**
                                                 **ORDER CONTINUING CASE**
19         v.                                    **MANAGEMENT CONFERENCE AND ALL**
                                                 **ASSOCIATED DEADLINES**
20 SOLANA LABS, INC., THE SOLANA
    FOUNDATION, ANATOLY
21 YAKOVENKO, MULTICOIN CAPITAL
    MANAGEMENT LLC, KYLE SAMANI, and            (Civil L.R. 6-1, 6-2, 7-12)
22 FALCONX LLC,
              Defendants.
23                                               Hon: James Donato

24

25      I, Matthew Rawlinson, hereby declare as follows:

26          1. I am an attorney admitted to practice law in the state of California and an

27 associate at Latham & Watkins LLP, counsel of record for defendant Solana Labs, Inc.

28 ("Solana") in the above-captioned action.  I submit this declaration in support of the parties'

1   Stipulation Continuing Case Management Conference and All Associated Deadlines  I make this

2   declaration based on my personal knowledge.

3         2.  On July 1, 2022, Plaintiff filed a complaint captioned *Mark Young, on behalf of*

4   *himself and all others similarly situated, v. Solana Labs, Inc., The Solana Foundation, Anatoly*

5   *Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC* in the above-

6   captioned case alleging violations of the Securities Act of 1933 and the California Corporations

7   Code (the "Complaint") against Defendants Solana Labs, The Solana Foundation, Anatoly

8   Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC (collectively,

9   the "Defendants")

10        3.  On July 6, 2022, this Court issued an Initial Case Management Scheduling Order

11  with ADR Deadlines, setting the Initial Case Management for September 29, 2022 (Dkt. 9).

12        4.  This action asserts claims under the Securities Act of 1933, which is governed by

13  the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 77z-1 et

14  seq. Under 15 U.S.C. §77z-1(b)(1), absent a court order, all discovery and other proceedings are

15  stayed during the pendency of any motion to dismiss. The PSLRA also provides for

16  consolidation of all related actions and the appointment of lead plaintiff and lead counsel. *See* 15

17  U.S.C. §77z-1(a).

18        5.  On August 1, 2022, Plaintiff and Solana Labs filed a Stipulation to Extend time to

19  Respond to the Complaint until after the selection of Lead Plaintiff (Dkt.  26).

20        6.  The last day to file motions to serve as lead plaintiff,  is September 6, 2022 (Dkt.

21  20-1)l there were two (2) motions filed by that date.

22        7.  Briefing on the motions to serve as lead plaintiff will not be complete until

23  September 27, 2022, at the earliest, which is just two days before the Initial Case management

24  Conference is scheduled

25        8.  The Parties anticipate that the eventual lead plaintiff will file an amended

26  complaint and Defendants will file one or more motions to dismiss the claims asserted against

27  them.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

RAWLINSON  DEC. ISO STIP. TO CONTINUE
CMC

Case No.: 3:22-cv-03912-JD

9.   Defendants are complying with their obligation to preserve relevant documents and information while  discovery is stayed.

10. Counsel for the plaintiffs and defendants in the above-captioned action respectfully submit that good cause exists to continue the Initial Case Management Conference, scheduled for September 29, 2022 and all ADR Multi-Option Program deadlines, shall be vacated and reset following the appointment of lead plaintiff and lead counsel.

11. This is the second extension of time the parties are requesting.

12. No other deadlines in this action will be affected by this extension other than those specified in the accompanying stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th Day of September 2022, in Menlo Park, California.

*/s/ Matthew Rawlinson*
Matthew Rawlinson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

RAWLINSON  DEC. ISO STIP. TO CONTINUE
CMC
Case No.: 3:22-cv-03912-JD