| | |
|---|---|
| Kyle Roche (*phv forthcoming*) | Todd M. Schneider (SBN 158253) |
| Velvel (Devin) Freedman (*phv forthcoming*) | Matthew S. Weiler (SBN 236052) |
| Edward Normand (*phv forthcoming*) | Mark F. Ram (SBN 294050) |
| Ivy T. Ngo (SBN 249860) | Sunny S. Sarkis (SBN 258073) |
| Stephen Lagos (*phv forthcoming*) | **SCHNEIDER WALLACE** |
| **ROCHE FREEDMAN LLP** | **COTTRELL KONECKY LLP** |
| 99 Park Avenue, 19th Floor | 2000 Powell Street, Suite 1400 |
| New York, NY 10016 | Emeryville, CA 94608 |
| Tel.: (646) 350-0527 | Telephone: (415) 421-7100 |
| kyle@rochefreedman.com | TSchneider@schneiderwallace.com |
| vel@rochefreedman.com | MWeiler@schneiderwallace.com |
| tnormand@rochefreedman.com | MRam@schneiderwallace.com |
| ingo@rochefreedman.com | SSarkis@schneidewallace.com |
| slagos@rochefreedman.com | |

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC, <br><br> Defendants. | Case No. 3:22-cv-03912-JD <br><br> **NOTICE OF APPEARANCE OF COUNSEL SUNNY S. SARKIS** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT attorney Sunny S. Sarkis (SBN 258073) of the law firm |
| 2 | Schneider Wallace Cottrell Konecky LLP, located at 2000 Powell Street, Suite 1400, Emeryville, |
| 3 | California 94608, hereby gives Notice of Appearance on behalf of the Plaintiff, Mark Young, on |
| 4 | behalf of himself and all others similarly situated in the above referenced matter. |
| 5 | Ms. Sarkis respectfully requests to be added to the docket and to receive ECF notifications at |
| 6 | the following address: |
| 7 | ssarkis@schneiderwallace.com |
| 8 | Dated: September 9, 2022 |

Respectfully submitted,

*/s/ Sunny S. Sarkis*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
Mark F. Ram (SBN 294050)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
MRam@schneiderwallace.com
ssarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

Kyle Roche (*phv forthcoming*)
Velvel (Devin) Freedman (*phv forthcoming*)
Edward Normand (*phv forthcoming*)
Ivy T. Ngo (SBN 249860)
Stephen Lagos (*phv forthcoming*)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 1910

NOTICE OF APPEARANCE OF COUNSEL SUNNY S. SARKIS – Case No. 3:22-cv-03912-JD

1

|   |   |
|---|---|
| 1 | New York, NY 10016 |
|   | Tel.: (646) 350-0527 |
| 2 | kyle@rochefreedman.com |
|   | vel@rochefreedman.com |
| 3 | tnormand@rochefreedman.com |
|   | ingo@rochefreedman.com |
| 4 | slagos@rochefreedman.com |

*Counsel for Plaintiff and the Class*

NOTICE OF APPEARANCE OF COUNSEL SUNNY S. SARKIS – Case No. 3:22-cv-03912-JD

2