Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
Mark F. Ram (SBN 294050)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
Ssarkis@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**DECLARATION OF SUNNY S. SARKIS IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE THE COMPLAINT** |

DECLARATION OF SUNNY S. SARKIS

I, SUNNY S. SARKIS, declare the following:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace"), counsel for plaintiff Mark Young. I make this declaration in support of Plaintiff's Motion for Extension of Time to Serve the Complaint.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I have personal knowledge of the facts in this declaration. If called as a witness, I would and could competently testify to them.

3. Plaintiffs have worked diligently and in good faith to serve the Complaint on all parties.

4. Despite the good faith efforts set forth herein, Plaintiffs have been unable to effect service on Defendants The Solana Foundation, Anatoly Yakovenko, and Kyle Samani.

5. Plaintiffs have engaged a process server and searched public records to find address information for Defendants, and have been successful in most, but not all, cases.

I hereby declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: September 26, 2022

Respectfully submitted,

*/s/ Sunny S. Sarkis*
Sunny S. Sarkis
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**