Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny Sarkis (SBN 258073)
Mark F. Ram (SBN 294050)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
MRam@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>                    Defendants. | Case No.  3:22-cv-03912-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE THE COMPLAINT** |

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO SERVE THE COMPLAINT

1  This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Serve the
2  Complaint.
3  Plaintiffs' Motion is granted for good cause shown. The Court hereby ORDERS, that
4  Plaintiffs' have an additional ninety (90) days to complete service upon Defendants The Solana
5  Foundation, Anatoly Yakovenko, and Kyle Samani from the date of this Order.
6
7  Dated: _____  ENTERED
8
9
10  _____
   United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME
   TO SERVE THE COMPLAINT
   Case No. 3:22-cv-03912-JD

1