UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK YOUNG, et. al.,                    ,

          Plaintiff(s),

    v.

SOLANA LABS, INC., et. al.,        ,

          Defendant(s).

Case No. 3:22-cv-03912-JD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Phillip Kim_____, an active member in good standing of the bar of New York State_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:  Mohammed Rashid_____ in the above-entitled action. My local co-counsel in this case is Laurence M. Rosen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 219683_____.

| | |
|---|---|
| 275 Madison Ave, 40th Floor, New York, NY 10016 | 355 South Grand Ave, Suite 2450, Los Angeles, CA 90071 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 686-1060 | (213) 785-2610 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| pkim@rosenlegal.com | lrosen@rosenlegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4145397_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___3___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  10/03/2022                                    Phillip Kim
                                                                          APPLICANT
5

6

7

8                                    ORDER GRANTING APPLICATION

9                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11            IT IS HEREBY ORDERED THAT the application of Phillip Kim                is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  October 4, 2022

16

17   _____

18                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California