

Hon. James Donato
United States District Court for the Northern District of California
San Francisco Courthouse
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Young v. Solana Labs, Inc., et al.*, Case No. 3:22-cv-03912-JD (N.D. Cal.)

Dear Judge Donato:

I write on behalf of Plaintiff Mark Young in the above-referenced matter. Plaintiff filed his complaint on July 3, 2022. ECF No. 1. On September 6, 2022, Plaintiff Young filed a motion to appoint himself as lead plaintiff and appoint undersigned counsel as lead counsel. ECF No. 33. That same day, Mohammad Rashid filed a competing motion to appoint himself and his own counsel as lead plaintiff and counsel. ECF No. 29. On October 22, 2022, the Court took these motions under submission. ECF No. 49. Plaintiff Young respectfully requests that the Court hold a status conference at a time and date most convenient to the Court.


DATE: July 25, 2023

                Respectfully Submitted,


                */s/ Matthew S. Weiler*

                Matthew S. Weiler

CC:

Counsel of record (via ECF)

1