UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  September 14, 2023                               Judge:  Hon. James Donato

Time:  6 Minutes

Case No.      **3:22-cv-03912-JD**
Case Name     **Young v. Solana Labs, Inc. et al**

Attorney(s) for Plaintiff(s):    Matthew Weiler/Todd Schneider
Attorney(s) for Defendant(s):    Morgan Whitworth/Scott Malzahn

Court Reporter:  Marla Knox

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Status Conference -- Held

NOTES AND ORDERS

For the appointment of lead plaintiff and lead counsel, movant Mohammed Rashid and his counsel, *see* Dkt. No. 29, are not present.  Movant Mark Young's counsel, Schneider Wallace, is present and represents that the firm Freedman Normand Friedland LLP will do no further work on this case.  Schneider Wallace expects that it will seek leave at the conclusion of the case to pay only a referral fee to FNF.

In light of these representations, the Court directs Freedman Normand Friedland LLP to file a notice of withdrawal of representation of plaintiff Mark Young.

After the withdrawal notice has been filed, the Court will file an order appointing Mark Young as lead plaintiff and Schneider Wallace as lead counsel under the PSLRA.  Plaintiff Young will have 60 days from the lead plaintiff order to file an amended complaint.  The lead plaintiff and lead counsel motions, Dkt. Nos. 29, 33, are administratively terminated in the interim.