Velvel (Devin) Freedman (admitted *phv*)
Edward Normand (admitted *phv*)
Ivy T. Ngo (SBN 249860)
Stephen Lagos (admitted *phv*)
**FREEDMAN NORMAND**
     **FRIEDLAND LLP**
99  Park Avenue, Suite 1910
New York, NY 10016
Tel.: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
ingo@fnf.law
slagos@fnf.law

*Counsel for Plaintiff Mark Young*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOLANA LABS, INC. et. al.,<br><br>    Defendants. | Case No. 3:22-cv-03912-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Velvel (Devin) Freedman, Edward Normand, Ivy Ngo, and Stephen Lagos of Freedman Normand Friedland LLP are hereby withdrawing as counsel for Plaintiff Mark Young in the above referenced matter. The law firm of Schneider Wallace Cottrell Konecky LLP will continue to serve as counsel for Plaintiff Mark Young.

NOTICE OF WITHDRAWAL OF COUNSEL | Case No. 3:22-cv-03912-JD

Dated: September 18, 2023

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman (*admitted phv*)
Edward Normand (*admitted phv*)
Ivy T. Ngo (SBN 249860)
Stephen Lagos (*admitted phv*)
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, Suite 1910
New York, NY 10016
Tel.: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
ingo@fnf.law
slagos@fnf.law

*Counsel for Plaintiff Mark Young*