1  Brian E. Klein (Bar No. 258486)
   bklein@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
   smalzahn@waymakerlaw.com
3  Donald R. Pepperman (Bar No. 109809)
4  dpepperman@waymakerlaw.com
   Kevin M. Casey (Bar No. 338924)
5  kcasey@waymakerlaw.com
   WAYMAKER LLP
6  515 S. Flower Street, Suite 3500
7  Los Angeles, California 90071
   Telephone:   (424) 652-7800
8  Facsimile:   (424) 652-7850

9  *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>Defendants. | Case No. 3:22-cv-03912-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL BRIAN E. KLEIN**<br><br>Judge:   James Donato |

1     Brian E. Klein, Esq., of WAYMAKER LLP, hereby gives notice of his appearance on
2 behalf of Defendant Multicoin Capital Management LLC and Kyle Samani, and requests that
3 copies of all motions, notices, and other pleadings filed or served in this case be furnished to the
4 undersigned.

6  DATED: September 22, 2023          WAYMAKER LLP

                                  By:   /s/ Brian E. Klein
                                      BRIAN E. KLEIN
                                      CA#258486/WA#30732/NY#4126199.
                                      bklein@waymakerlaw.com
                                      WAYMAKER LLP
                                      515 S. Flower Street, Suite 3500
                                      Los Angeles, California 90071
                                      (424) 652-7800
                                      *Attorneys for Defendants Multicoin Capital
                                      Management LLC and Kyle Samani*