1  Brian E. Klein (Bar No. 258486)
   bklein@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
   smalzahn@waymakerlaw.com
3  Donald R. Pepperman (Bar No. 109809)
4  dpepperman@waymakerlaw.com
   Kevin M. Casey (Bar No. 338924)
5  kcasey@waymakerlaw.com
   WAYMAKER LLP
6  515 S. Flower Street, Suite 3500
7  Los Angeles, California 90071
   Telephone:   (424) 652-7800
8  Facsimile:    (424) 652-7850

9  *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>            Defendants. | Case No. 3:22-cv-03912-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL KEVIN M. CASEY**<br><br>Judge:   James Donato |

1   Kevin M. Casey, Esq., of WAYMAKER LLP, hereby gives notice of his appearance on
2 behalf of Defendant Multicoin Capital Management LLC and Kyle Samani, and requests that
3 copies of all motions, notices, and other pleadings filed or served in this case be furnished to the
4 undersigned.

5 DATED:  September 22, 2023           WAYMAKER LLP

By:   /s/ Kevin M. Casey
      Kevin M. Casey
      CA#338924
      kcasey@waymakerlaw.com
      WAYMAKER LLP
      515 S. Flower Street, Suite 3500
      Los Angeles, California 90071
      (424) 652-7800
      *Attorneys for Defendants Multicoin Capital*
      *Management LLC and Kyle Samani*

