1  Brian E. Klein (Bar No. 258486)
   bklein@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
   smalzahn@waymakerlaw.com
3  Donald R. Pepperman (Bar No. 109809)
4  dpepperman@waymakerlaw.com
   Kevin M. Casey (Bar No. 338924)
5  kcasey@waymakerlaw.com
   WAYMAKER LLP
6  515 S. Flower Street, Suite 3500
7  Los Angeles, California 90071
   Telephone:   (424) 652-7800
8  Facsimile:   (424) 652-7850

9  *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

10

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, | Case No. 3:22-cv-03912-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF SCOTT M. MALZAHN** |
| v. | Judge:   James Donato |
| SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC, | |
| Defendants. | |

Case No. 3:22-cv-03912-JD

NOTICE OF APPEARANCE OF SCOTT M. MALZAHN

1  Scott M. Malzahn, Esq., of WAYMAKER LLP, hereby gives notice of his appearance on
2 behalf of Defendant Multicoin Capital Management LLC and Kyle Samani, and requests that
3 copies of all motions, notices, and other pleadings filed or served in this case be furnished to the
4 undersigned.

5 DATED: September 25, 2023        WAYMAKER LLP

By:  /s/ Scott M. Malzahn
Scott M. Malzahn
CA#229204
smalzahn@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800
*Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

