1  Brian E. Klein (Bar No. 258486)
   bklein@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
   smalzahn@waymakerlaw.com
3  Donald R. Pepperman (Bar No. 109809)
4  dpepperman@waymakerlaw.com
   Kevin M. Casey (Bar No. 338924)
5  kcasey@waymakerlaw.com
   WAYMAKER LLP
6  515 S. Flower Street, Suite 3500
7  Los Angeles, California 90071
   Telephone:   (424) 652-7800
8  Facsimile:   (424) 652-7850

9  *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

10

11              **UNITED STATES DISTRICT COURT**

12       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>SOLANA LABS, INC.;<br>THE SOLANA FOUNDATION;<br>ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>           Defendants. | Case No. 3:22-cv-03912-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL DONALD R. PEPPERMAN**<br><br>Judge:    James Donato |

1  Donald R. Pepperman, Esq., of WAYMAKER LLP, hereby gives notice of his appearance
2 on behalf of Defendant Multicoin Capital Management LLC and Kyle Samani, and requests that
3 copies of all motions, notices, and other pleadings filed or served in this case be furnished to the
4 undersigned.

6 DATED:  September 25, 2023          WAYMAKER LLP

By:  /s/ Donald R. Pepperman
Donald R. Pepperman
CA#109809.
dpepperman@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800
*Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*