AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Mark Young | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-03912-JD |
| Solana Labs, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Young, on behalf of himself and all others similarly situated.

Date:   09/29/2023

/s/ Sunny S. Sarkis
*Attorney's signature*

Sunny S. Sarkis (SBN 258073)
*Printed name and bar number*

Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
*Address*

ssarkis@schneiderwallace.com
*E-mail address*

(415) 421-7100
*Telephone number*

(415) 421-7105
*FAX number*