UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG,<br><br>   Plaintiff,<br><br> v.<br><br>SOLANA LABS, INC., et al.,<br><br>   Defendants. | Case No. 22-cv-03912-JD<br><br>**ORDER RE LEAD PLAINTIFF AND LEAD COUNSEL** |

  The Court grants movant Mark Young's motion to serve as lead plaintiff and to appoint lead counsel, Dkt. No. 33, and orders as follows.

  Pursuant to Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), movant Mark Young is appointed as lead plaintiff for the putative class in this action. The pendency of this action was published as required under 15 U.S.C. § 77z-1(a)(3)(A). *See* Dkt. No. 20. It is not disputed that Young has the largest financial interest in the relief sought by the class, and he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* 15 U.S.C. § 77z-1(a)(3)(B); *In re Cavanaugh*, 306 F.3d 726 (9th Cir. 2002).

  Young's counsel in this action is Schneider Wallace Cottrell Konecky LLP. Pursuant to Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Young's selected and retained counsel, Schneider Wallace, to serve as lead counsel for the putative class in the action.

  Lead plaintiff Young will file an amended complaint by January 12, 2024. If the amended complaint challenges any statements as false or misleading under the securities laws, the

challenged statements must be identified in chart form as part of the complaint. *See In re Stitch Fix, Inc. Securities Litigation*, Case No. 18-cv-06208-JD, Dkt. No. 80 at 5.

The case will be administratively closed pending the filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: November 13, 2023

JAMES DONATO
United States District Judge

2