Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: mweiler@schneiderwallace.com
Email: ssarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
Email: jkim@schneiderwallace.com

Srujana Shivji (*Pro Hac Vice*)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Email: sshivji@schneiderwallace.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANA LABS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND CASE CAPTION** |

Lead Plaintiff Mark Young ("Lead Plaintiff") and Defendants Solana Labs, Inc., Multicoin Capital Management LLC, and Kyle Samani (collectively "Defendants")[1] ("Lead Plaintiff" and "Defendants" are collectively referred to herein as the "Parties") hereby stipulate as follows:

**WHEREAS**, on July 1, 2022, Lead Plaintiff filed a complaint captioned Mark Young, on behalf of himself and all others similarly situated, v. Solana Labs, Inc., The Solana Foundation, Anatoly Yakovenko, Multicoin Capital Management LLC, Kyle Samani, and FalconX LLC in the above-captioned case alleging violations of the Securities Act of 1933 and the California Corporations Code (the "Complaint") against Defendants;

**WHEREAS**, on September 6, 2022, Lead Plaintiff filed a Motion to Appoint Lead Plaintiff and Lead Counsel (Dkt. No. 29);

**WHEREAS**, the Court previously issued an order, at the joint request of the Parties, to continue the initial case management conference and vacate all associated deadlines pending the appointment of lead plaintiff and lead counsel (Dkt. No. 40);

**WHEREAS**, by Order dated November 13, 2023, the Court granted Lead Plaintiff's motion for appointment as Lead Plaintiff in this securities class action litigation involving Solana Labs, Inc., and appointed its counsel as Lead Counsel (Dkt. No. 59);

**WHEREAS**, by Order dated November 13, 2023, the Court directed Lead Plaintiff to file his (first) amended complaint by January 12, 2024 (Dkt. No. 59);

**WHEREAS**, the Parties met and conferred regarding a briefing schedule for Defendants' Motion to Dismiss.

**WHEREAS**, Defendants shall move to dismiss the amended complaint on or before March 12, 2024, with the motion noticed for hearing on a date to be set by the Court consistent with this briefing schedule;

**WHEREAS**, Lead Plaintiff shall file its opposition to the motion to dismiss on or before April 11, 2024; and

**WHEREAS**, Defendants shall file their reply in support of their motion to dismiss on or

---

[1] The Solana Foundation ("Foundation"), Anatoly Yakovenko ("Yakovenko"), and FalconX LLC ("FalconX") have not been served and have not appeared in this case.

before May 13, 2023.

Dated: December 20, 2023

Respectfully submitted,

*/s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
Email: mweiler@schneiderwallace.com
Email: ssarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
Email: jkim@schneiderwallace.com

Srujana Shivji (*Pro Hac Vice*)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Email: sshivji@schneiderwallace.com

*Attorney for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated December 20, 2023 | */s/ Matthew S. Rawlinson* |
| | | Matthew S. Rawlinson (SBN 231890) |
| 2 | | **LATHAM & WATKINS LLP** |
| | | 140 Scott Drive |
| 3 | | Menlo Park, CA 94025 |
| | | Telephone: (650) 328-4600 |
| 4 | | Email: matt.rawlinson@lw.com |

Morgan E. Whitworth (SBN 304907)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Email: morgan.whitworth@lw.com

Susan E. Engel (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: susan.engel@lw.com

*Attorneys for Defendant Solana Labs, Inc.*

Dated December 20, 2023            */s/ Scott M. Malzahn*
Brian E. Klein (SBN 258486)
Donald R. Pepperman (SBN 109809)
Scott M. Malzahn (SBN 229204)
Kevin M. Casey (SBN 338924)
**WAYMAKER LLP**
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone (424) 652-7800
Email: bklein@waymakerlaw.com
Email: dpepperman@waymakerlaw.com
Email: smalzahn@waymakerlaw.com
Email: kcasey@waymakerlaw.com

*Attorneys for Multicoin Capital Management LLC
And Kyle Samani*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 21, 2023

_____
Honorable Rita F. Lin
United States District Court Judge