LATHAM & WATKINS LLP
Matthew Rawlinson (CA Bar No. 231890)
  *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice*)
  *susan.engel.@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, KYLE SAMANI, and FALCONX LLC,<br>Defendants. | Case No.: 3:22-cv-03912-RFL<br><br>**DECLARATION OF MORGAN E. WHITWORTH IN SUPPORT OF STIPULATION CONTINUING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Rita F. Lin |

I, Morgan E. Whitworth, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and before this Court and a partner of Latham & Watkins LLP, counsel of record for defendant Solana Labs, Inc. ("Solana") in the above-captioned action. I submit this declaration in support of the Parties' Stipulation Continuing Defendants' Time to Respond to the Consolidated Amended Class Action Complaint. I make this declaration based on my personal knowledge.

2. On January 12, 2024, Plaintiff filed his Consolidated Amended Class Action Complaint ("Amended Complaint") (Dkt. 68).

3. Pursuant to the Court's December 21, 2023 Order, the last day for Defendants to respond to the Amended Complaint is March 12, 2024 (Dkt. 67).

4. Other than the stipulation setting the current briefing schedule, which provides the only deadlines that have been set in this Action thus far, no extensions have been requested or granted, and the Court has not stated that further extensions will not be granted.

5. Since the filing of the Amended Complaint, the Parties have engaged in a productive meet and confer process in an attempt to narrow the issues in dispute and minimize any overlap in the Defendants' respective responses to the Amended Complaint.

6. The Parties anticipate that through this process, the number of issues to be addressed in Defendants' anticipated Motions to Dismiss could be narrowed and any overlap between the Defendants' respective motions minimized.

7. The Parties have conferred and, in the interests of efficiency and allowing additional time for the parties to continue meeting and conferring in an attempt to narrow the issues in dispute, respectfully request that the Court extend the deadline for Defendants to submit their respective responses to the Amended Complaint by thirty days, Plaintiff's response(s) in opposition to the anticipated Motions to Dismiss by a corresponding thirty days, and Defendants' respective replies by a corresponding 30 days.

8. Counsel for Plaintiff and Defendants in the above-captioned action respectfully submit that good cause exists for the requested extension.

9. No other deadlines in this action will be affected by this extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th Day of February 2024, in Menlo Park, California.

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth

2

WHITWORTH DEC STIP. CONTINUING
TIME TO RESPOND TO AM. COMPL.

Case No.: 3:22-cv-03912-RFL