

1  Brian E. Klein (Bar No. 258486)
     bklein@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
     smalzahn@waymakerlaw.com
3  Donald R. Pepperman (Bar No. 109809)
     dpepperman@waymakerlaw.com
4  Kevin M. Casey (Bar No. 338924)
     kcasey@waymakerlaw.com
5  WAYMAKER LLP
   515 S. Flower Street, Suite 3500
6  Los Angeles, California 90071
   Telephone:   (424) 652-7800
7  Facsimile:    (424) 652-7850
8
9  *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>SOLANA LABS, INC.;<br>THE SOLANA FOUNDATION;<br>ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI; and FALCONX LLC,<br><br>            Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**DEFENDANTS MULTICOIN CAPITAL MANAGEMENT LLC AND KYLE SAMANI'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS PURSUANT TO STIPULATION**<br><br>Judge:   Rita F. Lin |

Pursuant Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, defendants Multicoin Capital Management LLC ("Multicoin"), and Kyle Samani ("Samani") (together, the "Multicoin Defendants"), respectfully submit this unopposed administrative motion seeking an order to extend page limits. Specifically, the Multicoin Defendants seek an order pursuant to the concurrently submitted Joint Stipulation with defendant Solana Labs, Inc. ("Solana Labs," and together with the Multicoin Defendants, "Defendants") and Lead Plaintiff Mark Young ("Plaintiff," and together with Defendants, the "Parties") agreeing to extend page limits in connection with the Parties' briefing on motions to dismiss Plaintiff's Consolidated Amended Class Action Complaint (the "CAC").

This motion requests permission to exceed the 15-page limit set by the Court's Standing Order and seeks leave for Defendants to file five (5) additional pages in Defendants' briefs in support of their motions to dismiss and in Plaintiff's anticipated opposition, as agreed by the Parties pursuant to the Joint Stipulation.  Accordingly, the Parties request leave for Defendants to file 20-page briefs in support of motion to dismiss and for the Plaintiff to file 20-page briefs in support of his opposition to Defendants' motions to dismiss.

Given the complexity and number of issues the Parties intend to address in their respective motions to dismiss and opposition, the Parties agree that an additional five pages is needed to fully address such issues.  The CAC alleges violations of state and federal securities laws in connection with Plaintiff's alleged purchases of SOL cryptocurrency tokens and makes numerous factual and class allegations regarding the underlying technology in support of his claims.  Permitting the Parties to submit 20-page briefs will allow a more complete briefing of the complex issues and is in accord with the Court's "broad authority to manage complex litigation." *Plata v. Brown*, 754 F.3d 1070, 1077 (9th Cir. 2014) (citing Fed. R. Civ. P. 16; *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir.2008)).

For these reasons, the Multicoin Defendant respectfully move this Court pursuant to L.R. 7-11 and 7-12 to enter the concurrently submitted Joint Stipulation and permit the Parties to file five (5) additional pages in their respective briefs in connection with the Defendants' motion to dismiss the CAC.

| | | |
|---|---|---|
| DATED: April 2, 2024 | | WAYMAKER LLP |

By:  /s/ *Kevin M. Casey*
Brian E. Klein (Bar No. 258486)
bklein@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
smalzahn@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
dpepperman@waymakerlaw.com
Kevin M. Casey (Bar No. 338924)
kcasey@waymakerlaw.com

515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

DEFENDANTS MULTICOIN AND SAMANI'S UNOPPOSED ADMIN MOTION TO EXTEND PAGE LIMITS