Brian E. Klein (Bar No. 258486)
  bklein@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
  dpepperman@waymakerlaw.com
Kevin M. Casey (Bar No. 338924)
  kcasey@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone:   (424) 652-7800
Facsimile:   (424) 652-7850

*Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani*

[Additional Counsel on Signature Page]



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANA LABS, INC.;<br>THE SOLANA FOUNDATION;<br>ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>　　　　Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS**<br><br>Judge:   Hon. Rita F. Lin |

1  Pursuant to Civil Local Rules 7-11 and 7-12, and the Court's Standing Order, Lead
2  Plaintiff Mark Young ("Plaintiff"), Defendants Solana Labs, Inc. ("Solana Labs"), Multicoin
3  Capital Management LLC ("Multicoin") and Kyle Samani ("Samani") (together with Solana Labs
4  and Multicoin, "Defendants", and collectively with Plaintiff, the "Parties"), by and through their
5  respective counsel, hereby stipulate as follows:

6  **WHEREAS**, on January 12, 2024, Plaintiff filed his Consolidated Amended Class Action
7  Complaint ("Amended Complaint") (Dkt. 68);

8  **WHEREAS**, pursuant to the Court's February 13, 2024 Order, the last day for Defendants
9  to file their respective responses to the Amended Complaint is April 11, 2024, Plaintiff's last day
10 to respond to the anticipated motion(s) to dismiss is May 13, 2024, and Defendants' last day to file
11 replies in support of their anticipated motions to dismiss is June 12, 2024 (Dkt. 71);

12 **WHEREAS**, the Parties have conferred and, given the complexity of the issues to be
13 briefed and the number of factual allegations involved, agreed that: (1) Defendants Multicoin and
14 Samani shall be permitted a five (5) page increase in the page limits set forth by the Court's
15 Standing Order, such that defendants Multicoin and Kyle Samani shall be permitted to file a joint
16 brief in support of their motion to dismiss of up to twenty (20) pages; (2) Defendant Solana Labs
17 shall be permitted a five (5) page increase in the page limits set forth by the Court's Standing
18 Order, such that defendant Solana Labs shall be permitted to file a brief in support of its motion to
19 dismiss of up to twenty (20) pages; and (3) Plaintiff Mark Young shall be permitted to file a five
20 (5) page increase in the page limits set forth by the Court's Standing Order, such that Plaintiff
21 Mark Young shall be permitted to file briefs in support of his opposition to Defendants' motions
22 to dismiss of up to twenty (20) pages each;

23 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for
24 the Parties listed below, that:

25  1. Defendants Multicoin and Samani shall be permitted to file a brief of up to twenty (20)
26     pages in support of their joint motion to dismiss the Amended Complaint.
27  2. Defendant Solana Labs shall be permitted to file a brief of up to twenty (20) pages in
28     support of their motion to dismiss the Amended Complaint.

3. Plaintiff Mark Young shall be permitted to file briefs of up to twenty (20) pages each in support of his opposition to the Defendants' motions to dismiss the Amended Complaint.

DATED: April 2, 2024                    SCHNEIDER WALLACE COTTRELL
                                        KONECKY LLP


                                        By:  /s/ Matthew S. Weiler
                                             Matthew S. Weiler (SBN 236052)
                                             Todd M. Schneider (SBN 158253)
                                             Jason H. Kim (SBN 220279)
                                             Sunny Sarkis (SBN 258073)
                                             2000 Powell Street, Suite 1400
                                             Emeryville, CA 94608
                                             Telephone: (415) 421-7100
                                             TSchneider@schneiderwallace.com
                                             MWeiler@schneiderwallace.com
                                             SSarkis@schneiderwallace.com


                                             Jason H. Kim (SBN 220279)
                                             300 S. Grand Avenue, Suite 2700
                                             Los Angeles, CA 90071
                                             Telephone: (415) 421-7100
                                             JKim@schneiderwallace.com

                                             *Counsel for Plaintiff Mark Young*



| | | |
|---|---|---|
| 1 | DATED: April 2, 2024 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   */s/ Morgan E. Whitworth* |
| | | Morgan E. Whitworth (CA Bar No. 304907) |
| 5 | | morgan.whitworth@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 6 | | San Francisco, California 94111 |
| 7 | | Telephone: +1.415.391.0600 |
| 8 | | Matthew Rawlinson (CA Bar No. 231890) |
| | | matt.rawlinson@lw.com |
| 9 | | 140 Scott Drive |
| | | Menlo Park, CA 94025 |
| 10 | | Telephone: +1.650.328.4600 |
| 11 | | |
| 12 | | Susan E. Engel (pro hac vice) |
| | | susan.engel.@lw.com |
| 13 | | 555 Eleventh Street, N.W., Suite 1000 |
| | | Washington, D.C. 20004-1304 |
| 14 | | Telephone: +1.202.637.2200 |
| | | Facsimile: +1.202.637.2201 |
| 15 | | |
| 16 | | *Attorneys for Defendant Solana Labs, Inc.* |



| | | |
|---|---|---|
| DATED: April 2, 2024 | | WAYMAKER LLP |
| | By: | /s/ Kevin M. Casey |
| | | Brian E. Klein (Bar No. 258486) |
| | | bklein@waymakerlaw.com |
| | | Scott M. Malzahn (Bar No. 229204) |
| | | smalzahn@waymakerlaw.com |
| | | Donald R. Pepperman (Bar No. 109809) |
| | | dpepperman@waymakerlaw.com |
| | | Kevin M. Casey (Bar No. 338924) |
| | | kcasey@waymakerlaw.com |
| | | |
| | | 515 S. Flower Street, Suite 3500 |
| | | Los Angeles, California 90071 |
| | | (424) 652-7800 |
| | | |
| | | *Attorneys for Defendants Multicoin Capital Management LLC and Kyle Samani* |

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

3 | DATED: _____

Hon. Rita F. Lin
United States District Court Judge



**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Regarding Unopposed Administrative Motion to Extend Page Limits.  Pursuant to L.R 5-1(h)(3) regarding signatures, I, Kevin M. Casey, attest that concurrence in the filing of this document has been obtained.

DATED:  April 2, 2024

/s/ Kevin M. Casey

Kevin M. Casey

