Brian E. Klein (Bar No. 258486)
  bklein@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
  dpepperman@waymakerlaw.com
Kevin M. Casey (Bar No. 338924)
  kcasey@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone:    (424) 652-7800
Facsimile:    (424) 652-7850

*Attorneys for Defendants Multicoin Capital
Management LLC and Kyle Samani*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>SOLANA LABS, INC.;<br>THE SOLANA FOUNDATION;<br>ANATOLY YAKOVENKO; MULTICOIN<br>CAPITAL MANAGEMENT LLC; KYLE<br>SAMANI,<br><br>        Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS**<br><br>Judge:    Hon. Rita F. Lin |

1   Pursuant to Civil Local Rules 7-11 and 7-12, and the Court's Standing Order, Lead

2   Plaintiff Mark Young ("Plaintiff"), Defendants Solana Labs, Inc. ("Solana Labs"), Multicoin

3   Capital Management LLC ("Multicoin") and Kyle Samani ("Samani") (together with Solana Labs

4   and Multicoin, "Defendants", and collectively with Plaintiff, the "Parties"), by and through their

5   respective counsel, hereby stipulate as follows:

6   **WHEREAS**, on January 12, 2024, Plaintiff filed his Consolidated Amended Class Action

7   Complaint ("Amended Complaint") (Dkt. 68);

8   **WHEREAS**, pursuant to the Court's February 13, 2024 Order, the last day for Defendants

9   to file their respective responses to the Amended Complaint is April 11, 2024, Plaintiff's last day

10  to respond to the anticipated motion(s) to dismiss is May 13, 2024, and Defendants' last day to file

11  replies in support of their anticipated motions to dismiss is June 12, 2024 (Dkt. 71);

12  **WHEREAS**, the Parties have conferred and, given the complexity of the issues to be

13  briefed and the number of factual allegations involved, agreed that: (1) Defendants Multicoin and

14  Samani shall be permitted a five (5) page increase in the page limits set forth by the Court's

15  Standing Order, such that defendants Multicoin and Kyle Samani shall be permitted to file a joint

16  brief in support of their motion to dismiss of up to twenty (20) pages; (2) Defendant Solana Labs

17  shall be permitted a five (5) page increase in the page limits set forth by the Court's Standing

18  Order, such that defendant Solana Labs shall be permitted to file a brief in support of its motion to

19  dismiss of up to twenty (20) pages; and (3) Plaintiff Mark Young shall be permitted to file a five

20  (5) page increase in the page limits set forth by the Court's Standing Order, such that Plaintiff

21  Mark Young shall be permitted to file briefs in support of his opposition to Defendants' motions

22  to dismiss of up to twenty (20) pages each;

23  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for

24  the Parties listed below, that:

25      1.  Defendants Multicoin and Samani shall be permitted to file a brief of up to twenty (20)

26          pages in support of their joint motion to dismiss the Amended Complaint.

27      2.  Defendant Solana Labs shall be permitted to file a brief of up to twenty (20) pages in

28          support of their motion to dismiss the Amended Complaint.

1    3.  Plaintiff Mark Young shall be permitted to file briefs of up to twenty (20) pages each

2        in support of his opposition to the Defendants' motions to dismiss the Amended

3        Complaint.

4

5    DATED:  April 3, 2024                 SCHNEIDER WALLACE COTTRELL
                                           KONECKY LLP
6

7

8                                          By:  /s/ Matthew S. Weiler
                                                Matthew S. Weiler (SBN 236052)
9                                               Todd M. Schneider (SBN 158253)
                                                Jason H. Kim (SBN 220279)
10                                              Sunny Sarkis (SBN 258073)
                                                2000 Powell Street, Suite 1400
11                                              Emeryville, CA 94608
                                                Telephone: (415) 421-7100
12                                              TSchneider@schneiderwallace.com
                                                MWeiler@schneiderwallace.com
13                                              SSarkis@schneiderwallace.com

14

15                                              Jason H. Kim (SBN 220279)
16                                              300 S. Grand Avenue, Suite 2700
                                                Los Angeles, CA 90071
17                                              Telephone: (415) 421-7100
                                                JKim@schneiderwallace.com
18
                                                *Counsel for Plaintiff Mark Young*
19

20

21

22

23

24

25

26

27

28



2



1  DATED:  April 3, 2024                LATHAM & WATKINS LLP

2

3

4                                              By:   /s/ Morgan E. Whitworth
                                                    Morgan E. Whitworth (CA Bar No. 304907)
5                                                   morgan.whitworth@lw.com
                                                    505 Montgomery Street, Suite 2000
6                                                   San Francisco, California 94111
                                                    Telephone: +1.415.391.0600
7

8                                                   Matthew Rawlinson (CA Bar No. 231890)
                                                    matt.rawlinson@lw.com
9                                                   140 Scott Drive
                                                    Menlo Park, CA 94025
10                                                  Telephone: +1.650.328.4600

11
                                                    Susan E. Engel (pro hac vice)
12                                                  susan.engel.@lw.com
                                                    555 Eleventh Street, N.W., Suite 1000
13                                                  Washington, D.C. 20004-1304
                                                    Telephone: +1.202.637.2200
14                                                  Facsimile: +1.202.637.2201

15
                                                    *Attorneys for Defendant Solana Labs, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS

DATED:  April 3, 2024                    WAYMAKER LLP


By:   */s/ Kevin M. Casey*
      Brian E. Klein (Bar No. 258486)
      bklein@waymakerlaw.com
      Scott M. Malzahn (Bar No. 229204)
      smalzahn@waymakerlaw.com
      Donald R. Pepperman (Bar No. 109809)
      dpepperman@waymakerlaw.com
      Kevin M. Casey (Bar No. 338924)
      kcasey@waymakerlaw.com

      515 S. Flower Street, Suite 3500
      Los Angeles, California 90071
      (424) 652-7800

      *Attorneys for Defendants Multicoin Capital*
      *Management LLC and Kyle Samani*

STIPULATION AND [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS

1    PURSUALANT TO STIPULATION, IT IS SO ORDERED

2

3    DATED: April 3, 2024

4                                                    _____
                                                     Hon. Rita F. Lin
5                                                    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS

1

**SIGNATURE ATTESTATION**

2         I am the ECF User whose identification and password are being used to file the foregoing

3   Joint Stipulation and [Proposed] Order Regarding Unopposed Administrative Motion to Extend

4   Page Limits.  Pursuant to L.R 5-1(h)(3) regarding signatures, I, Kevin M. Casey, attest that

5   concurrence in the filing of this document has been obtained.

6

7   DATED:  April 2, 2024                                    _____

8                                                                            Kevin M. Casey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28