AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) | |
|---|---|---|
| Mark Young | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-03912-RFL |
| Solana Labs, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Solana Labs, Inc.                                              .

Date:    04/11/2024                                 /s/ Sachi Schuricht
                                                                *Attorney's signature*

                                                Sachi Schuricht (BN 317845)
                                                *Printed name and bar number*
                                                Orrick Herrington & Sutcliffe LLP
                                                405 Howard Street
                                                San Francisco, CA 94105-2669

                                                *Address*

                                                sschuricht@orrick.com
                                                *E-mail address*

                                                (415) 773-5700
                                                *Telephone number*

                                                (415) 773-5759
                                                *FAX number*