ORRICK, HERRINGTON & SUTCLIFFE LLP
  DAVID MCGILL (*pro hac vice application pending*)
  dmcgill@orrick.com
  2100 Pennsylvania Avenue NW
  Washington, D.C. 20037
  Telephone: +1 202 339 8666
  Facsimile: +1 202 339 8500

LATHAM & WATKINS LLP
  SUSAN E. ENGEL (*pro hac vice*)
  susan.engel.@lw.com
  555 Eleventh Street, N.W., Suite 1000
  Washington, D.C. 20004-1304
  Telephone: +1 202 637 2200
  Facsimile: +1 202 637 2201

Attorneys for Defendant
SOLANA LABS, INC.

*(Additional Attorneys for Defendant Solana Labs, Inc. on subsequent page)*

WAYMAKER LLP
  BRIAN E. KLEIN (SBN 258486)
  bklein@waymakerlaw.com
  KEVIN MICHAEL CASEY (SBN 338924)
  kcasey@waymakerlaw.com
  SCOTT MATTHEW MALZAHN (SBN 229204)
  smalzahn@waymakerlaw.com
  515 S. Flower Street
  Ste 3500
  Los Angeles, CA 90071
  Telephone: +1 424 652 7800
  Facsimile: +1 424 652 7850

Attorneys for Defendants
MULTICOIN CAPITAL MANAGEMENT LLC & KYLE SAMANI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, and KYLE SAMANI,<br><br>Defendants. | Case No. No. 3:22-cv-03912-RFL<br><br>**DECLARATION OF DAVID H. MCGILL IN SUPPORT OF DEFENDANTS SOLANA LABS, INC., MULTICOIN CAPITAL MANAGEMENT LLC, AND KYLE SMANAI'S MOTION TO COMPEL ARBITRATION**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Date: August 6, 2024<br>Time: 10:00 AM<br>Courtroom: Courtroom 15 – 18th Floor<br>Judge: Hon. Rita F. Lin |

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | SACHI SCHURICHT (SBN 317845)<br>sschuricht@orrick.com |
| 3 | The Orrick Building<br>405 Howard Street |
| 4 | San Francisco, CA 94105-2669<br>Telephone:   +1 415 773 5700 |
| 5 | Facsimile:    +1 415 773 5759 |
| 6 | LATHAM & WATKINS LLP<br>MATHTHEW RAWLINSON (SBN 231890) |
| 7 | matt.rawlinson@lw.com<br>140 Scott Drive |
| 8 | Menlo Park, CA 94025<br>Telephone:   +1 650 328 4600 |
| 9 | MORGAN E. WHITWORTH (SBN 304907) |
| 10 | morgan.whitworth@lw.com<br>505 Montgomery Street, Suite 2000 |
| 11 | San Francisco, California 94111<br>Telephone:   +1 415 391 0600 |
| 12 | Attorneys for Defendant<br>SOLANA LABS, INC. |

- 2 -

McGILL DECL. ISO
MOTION TO COMPEL ARBITRATION
No. 3:22-CV-03912-RFL

I, David H. McGill, hereby declare as follows:

1. I am a partner at the law firm Orrick, Herrington & Sutcliffe LLP, and am counsel for Solana Labs, Inc. in the above-captioned litigation. As such, I am familiar with the facts set forth herein based on personal knowledge, examination of files retained by the firm, or publicly available information, and submit this declaration in support of Defendants' Motion to Compel Arbitration.

2. Exodus markets itself as a secure digital wallet where users can store cryptocurrency and trade, purchase, and sell tokens, including the Solana tokens ("SOL") at issue here, via third-party exchanges. *See* Getting Started with Exodus ("Getting Started"), Exodus (last visited Apr. 11, 2024), https://www.exodus.com/support/en/articles/8598609-getting-started-with-exodus. Users access Exodus platform by first downloading the Exodus software from the Exodus website. *Id.* ("To experience all the features Exodus has to offer, download your free self-custody wallet today.").

3. In August 2021, users were able to download the Exodus software through the Exodus download page, accessible at https://www.exodus.com/download/.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Exodus download screen as it appeared on August 21, 2021, which was accessed at my direction using the Internet Archive Wayback Machine (https://web.archive.org), as indicated by the watermark at the top of the image.

5. Exhibit A does not materially differ from any other versions of the Exodus download page available through the Wayback Machine during the period when Plaintiff represents he purchased SOL on Exodus (between August 19, 2021 and September 9, 2021, *see* ECF No. 33-3 ("Young Aff." at 3-4)).

6. During the period in which Plaintiff represents he purchased SOL on Exodus, a user could download the Exodus platform by clicking on the purple icon titled "DOWNLOAD EXODUS 21.8.19." Immediately above the hyperlinked purple icon appeared solid white text reading: "By downloading Exodus you agree to the Terms of Service.":

- 3 -

McGill Decl. ISO
Motion to Compel Arbitration
No. 3:22-cv-03912-RFL



7. When a user hovered their mouse over the white text, the text brightened and expanded in size—signaling that it was a hyperlink:



8. At the time that Plaintiff affirms he purchased SOL on Exodus (*see generally* Young Aff.), clicking the white text hyperlink opened Exodus's July 1, 2021, Terms of Service ("TOS").

9. Attached hereto as **Exhibit B** is a true and correct copy of the Exodus TOS from July 1, 2021, which was obtained at my direction using the Internet Archive Wayback Machine.

10. This is the same version that is linked in all the archived versions of the Exodus download page available through the Wayback Machine throughout the period of Plaintiff's alleged SOL purchases, and is currently archived at the URL: https://www.exodus.com/legal/exodus-tos-20210701-v17.pdf.

11. All prior versions of the Exodus TOS (*i.e.*, those pre-dating Plaintiff's alleged SOL purchase) that have been archived by and are available through the Wayback Machine contain arbitration provisions that do not materially differ from those contained in Exhibit B.

- 4 -

McGill Decl. ISO
Motion to Compel Arbitration
No. 3:22-cv-03912-RFL

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 11th day of April, 2024, in Scottsdale, Arizona.

By: */s/ David H. McGill*
      David H. McGill

**Civil Local Rule 5.1 Attestation**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By: */s/ Sachi Schuricht*
      Sachi Schuricht