# **EXHIBIT A**



Forget managing a million different wallets and seed phrases.

Secure, Manage, and Exchange all your favorite assets in one beautiful, easy-to-use wallet.

See the full list of supported assets here.

Send and receive any of the supported assets easily with an address or scannable QR code.

Buy and sell one cryptocurrency for another from the comfort of your wallet, in seconds.

No registration or verification needed.



### Crafted for the Users

Exodus is designed for people who have never used an exchange.

Ready to exchange Bitcoin for another asset? Exodus hides the complex details while assets are exchanged in seconds.



### 24/7 Support

We won't leave you out to dry. Exodus provides an online help desk and 24/7 customer support to get your questions answered, fast.



### Private and Safe

Exodus encrypts private keys and transaction data on your device and for your eyes only.

Your data remains private – no registration or verification required.



#### Products
- Desktop Wallet
- Mobile Wallet
- Trezor Hardware Wallet
- Exodus Crypto Apps

#### Support
- Support
- Knowledge base
- Legal Inquiries
- Status
- Videos
- Blog
- Newsletter

#### Company
- About Us
- Investors
- Careers
- Contact Us
- Brand Guidelines

#### Subscribe to Exodus
Sign up to receive our newsletter with updates about your wallet.

[SIGN ME UP!]

Copyright © 2021 Exodus Movement, Inc.
Exodus was co-founded by Daniel Castagnoli and JP Richardson.

Exodus is a software platform ONLY and does not conduct any independent diligence on or substantive review of any blockchain asset, digital currency, cryptocurrency or associated funds. You are fully and solely responsible for evaluating your investments, for determining whether you will exchange blockchain assets based on your own, and for all your decisions as to whether to exchange blockchain assets with the Exodus in app exchange feature. In many cases, blockchain assets you exchange on the basis of your research may not increase in value, and may decrease in value. Similarly, blockchain assets you exchange on the basis of your research may increase in value after your exchange.

Past performance is not indicative of future results. Any investment in blockchain assets involves the risk of loss of part or all of your investment. The value of the blockchain assets you exchange is subject to market and other investment risks.

Privacy Policy   Terms of Service