| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>  DAVID MCGILL (*pro hac vice pending*)<br>  dmcgill@orrick.com<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Telephone: +1 202 339 8666<br>Facsimile: +1 202 339 8500<br><br>LATHAM & WATKINS LLP<br>  SUSAN E. ENGEL (appearance *pro hac vice*)<br>  susan.engel.@lw.com<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: +1 202 637 2200<br>Facsimile: +1 202 637 2201<br><br>Attorneys for Defendant<br>SOLANA LABS, INC.<br><br>*(Additional Attorneys for Defendant Solana Labs, Inc. on subsequent page)* | WAYMAKER LLP<br>  BRIAN E. KLEIN (SBN 258486)<br>  bklein@waymakerlaw.com<br>  SCOTT M. MALZAHN<br>  (SBN 229204)<br>  smalzahn@waymakerlaw.com<br>  KEVIN MICHAEL CASEY (SBN 338924)<br>  kcasey@waymakerlaw.com<br>515 S. Flower Street<br>Ste 3500<br>Los Angeles, CA 90071<br>Telephone: +1 424 652 7800<br>Facsimile: +1 424 652 7850<br><br>Attorneys for Defendants<br>MULTICOIN CAPITAL MANAGEMENT<br>LLC & KYLE SAMANI |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANA LABS, INC., THE SOLANA FOUNDATION, ANATOLY YAKOVENKO, MULTICOIN CAPITAL MANAGEMENT LLC, and KYLE SAMANI,<br><br>  Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SOLANA LABS, INC., MULTICOIN CAPITAL MANAGEMENT LLC, AND KYLE SAMANI'S MOTION TO COMPEL ARBITRATION**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Date: August 6, 2024<br>Time: 10:00 AM<br>Courtroom: Courtroom 15 – 18th Floor<br>Judge: Hon. Rita F. Lin |

1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   SACHI SCHURICHT (SBN 317845)
2  sschuricht@orrick.com
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:  +1 415 773 5700
   Facsimile:   +1 415 773 5759
5
   LATHAM & WATKINS LLP
6    MATTHEW RAWLINSON (SBN 231890)
   matt.rawlinson@lw.com
7  140 Scott Drive
   Menlo Park, CA 94025
8  Telephone:  +1 650 328 4600

9    MORGAN E. WHITWORTH (SBN 304907)
   morgan.whitworth@lw.com
10 505 Montgomery Street, Suite 2000
   San Francisco, California 94111
11 Telephone:  +1 415 391 0600

12 Attorneys for Defendant
   SOLANA LABS, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL ARBITRATION
3:22-CV-03912-RFL

## **[PROPOSED] ORDER**

Having considered the Defendants Solana Labs, Inc., Multicoin Capital Management LLC and Kyle Samani's (collectively "Defendants") Motion to Compel Arbitration (the "Motion"), Memorandum of Points and Authority in Support thereof, Declaration of Declaration of David H. McGill in support thereof, and the records on file in this action, and arguments by counsel, this Court finds that there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Mark Young is compelled to arbitrate his claims against Defendants, consistent with the arbitration agreement contained in the Exodus Terms of Service.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are DISMISSED pending resolution of the arbitration.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                              Hon. Rita F. Lin
                                                                              United States District Judge