**LATHAM & WATKINS LLP**
Matthew Rawlinson (CA Bar No. 231890)
 *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
 *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice*)
 *susan.engel.@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI, ,<br><br>Defendants. | Case No.: 3:22-cv-03912-RFL<br><br>**DECLARATION OF MORGAN E. WHITWORTH IN SUPPORT OF DEFENDANT SOLANA LABS, INC.'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   August 6, 2024<br>Time:   10:00 a.m.<br>Court:  Courtroom 15 – 18th Floor<br>Judge:  Hon. Rita F. Lin |

I, Morgan E. Whitworth, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and before this Court and a partner of Latham & Watkins LLP, counsel of record for defendant Solana Labs, Inc. ("Labs") in the above-captioned action. I submit this declaration in support of Labs' Motion to Dismiss the Consolidated Amended Class Action Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document entitled, "Solana Labs Completes a $314.15M Private Token Sale Led by Andreessen Horowitz and Polychain Capital," dated June 9, 2021 and publicly available at https://solana.com/news/solana-labs-completes-a-314-15m-private-token-sale-led-by-andreessen-horowitz-and-polychain-capital).

3. Attached hereto as Exhibit 2 is a true and correct copy of a document entitled, "Solana FAQs," which describes Solana's March 2020 Dutch Auction and is publicly available at https://coinlist.co/solana/faq.

4. Attached hereto as Exhibit 3 is a true and correct copy of a print out of the first page of the @Solana account on X (f/k/a Twitter) as of April 8, 2024, which is publicly available at https://twitter.com/solana?lang=en.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exodus Movement, Inc.'s Form 253g2, which was filed with the Securities and Exchange Commission on April 9, 2021 and is publicly available at www.sec.gov.

6. Attached hereto as Exhibit 5 is a true and correct copy of a print out of a webpage containing a chart showing trading data for the SOL token from CoinMarketCap, which is publicly available at https://coinmarketcap.com/currencies/solana/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th Day of April 2024, in Menlo Park, California.

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth