# Exhibit 2



MENU

# Solana / FAQs

**What is Solana?**

Solana is a high performing blockchain that retains decentralization and security. Through its Proof of History design, it can reach over 50k transactions per second while keeping costs to $10 per 1 million transactions. The blockchain's performance even rivals Google's distributed database and will continue to scale with hardware improvements.

**How many tokens are distributed in the Auction?**

8M SOL tokens will be distributed in the Auction.

**How can I buy SOL?**

You can buy SOL by participating in the CoinList Auction. For more information, see https://coinlist.co/solana

**How should I prepare to participate in the Auction?**

At least a week in advance of an auction, ensure that you have registered with CoinList, completed compliance checks, funded your auctions account and created a CoinList wallet.

**Who can participate in the auction?**

Anyone who does not reside in an excluded jurisdiction and successfully passes Know Your Customer (KYC) and Anti-Money Laundering (AML) checks may participate in the auctions. Please note that participation in auctions is not possible for the following excluded jurisdictions: China, USA, Canada, North Korea, Cuba, Syria, Iran, Sudan, Belarus, Myanmar, Côte D'Ivoire, The Democratic Republic of the Congo, Iraq, Liberia, Zimbabwe, and jurisdictions in which the auctions and/or trading of the tokens themselves are prohibited, restricted or unauthorized in any form or manner whether in full or in part under the laws, regulatory requirements or rules in such jurisdiction.

**Can I participate in the auction without going through KYC?**

No. Anyone who wants to participate in the auction must go through KYC/AML (Know Your Customer/Anti-Money Laundering) checks.

**Is CoinList the only place the auction is being held?**

Yes. Click here to learn about participating in the auctions.

**When do Solana Auctions happen?**

Solana Auctions will take place here from 10PM PST March 23, 2020 to 4AM PST March 24, 2020.

**How long will auctions be held for?**

Solana Auction pre-bids will be held for one week from 12PM PST March 17 to 10PM PST March 23, and live bids will be held for 6 hours from 10PM PST March 23, 2020 until 4AM PST on March 24, 2020.

**How do you determine crypto conversion prices?**

Neither CoinList nor Solana takes a fee on crypto deposits or withdrawals. BTC and ETH will be converted to USDC at the liquidity adjusted conversion rate shown on the CoinList site. The estimated conversion rate displayed includes a 0.25% transaction fee to CoinList.

**How can I withdraw crypto?**

CoinList immediately converts crypto to USDC upon receipt. You may withdraw the USDC at no charge or you may convert such USDC or any amount thereof back into crypto at a rate provided on the CoinList site at that time. In addition, CoinList will charge a 0.25% transaction fee for such conversion. Because of price fluctuations, you may receive more or less crypto than you deposited.

**How do I place a bid in the Auction?**

If you have completed the registration steps, you can place your bids through the CoinList auction website.

**When can I place a bid?**

Bids can be submitted any time pre-bidding or live bidding is available starting 12PM PST March 17, 2020. However, bids will not be submitted to the blockchain until the Auction closes.

**Can I make bids using crypto?**

You'll be able to fund your account with crypto (ETH & BTC), but it will be converted to USDC for the Auctions. The conversion rate will be shown when you fund your account at the rate shown on the CoinList site at that time. You will also incur a 0.25% transaction fee from CoinList, for converting such funds. All bids will be denominated in USD.

**Can I make bids using USD?**

Yes, bids can be made in USD and USDC. All bids will be denominated in USD.

**Do I get my money back if my bid fails?**

Bids are considered in their order of appearance on the CoinList Auction Platform. If your bid appears after the entire Auction token supply is allocated to valid bidders, you will not receive any tokens and your bid shall be deemed null and void. We will not deduct any funds and you will be able to withdraw your funds or keep them in your account.

**When and how is the final (or "clearing") price set for the Auction?**

The final price is set once the auction ends, which happens when either (a) current demand meets or exceeds supply or (b) the reserve price is met (which is $0.04 for the auction). The price for all successful bids will be the same as the lowest successful bid, regardless of the price at the time of the original bid. This means all bidders in the auction pay the same USD price per Token.

**Can I increase the likelihood that I receive Tokens in the Auction?**

Bids are processed in the order they appear on the CoinList site and pre-bids will be firmed once their price matches the auction price at the order of arrival. The sooner you bid and the higher your bid will result in the highest probability to be successful.

**Can I guarantee that I receive Tokens at a specific price?**

Generally, no. However, the final price may only be equal or lower than the price you bid at, never higher.

**Can I guarantee the number of Tokens I receive?**

Since the number of Tokens you receive is determined by the clearing price, which is not set until the auction ends, it cannot be guaranteed.

**My bid was partially filled, what happened?**

Bids are processed in the order in which they are entered into the CoinList site. Each successful bid will receive Tokens based on the bid amount and the Auction closing price. As such, if you were the last successful bid, there may not be enough Tokens left to completely fulfill your bid.

**Do I have to stay online during the auction if I want to bid at a lower price?**

No, you can early bid. Your bid will be kept securely and will be automatically sent to the platform once the auction starts and your max price is reached.

**Can I retract a bid?**

Bids can only be retracted if they are in pending state.

**How do I check the status of a bid?**

You can find your bid status under the 'Your Bids' section on the CoinList site.

**What does my bid status mean?**

Pending
Your bid has not been accepted yet and can be retracted.

Accepted
The auction price has dropped below your bid price and your bid has been confirmed. Your bid cannot be retracted.

Paid
Your bid was settled and your funds were collected. Your winnings will be distributed soon after. This is a final status for the bid.

**Where will my Tokens be sent?**

At the end of the Auction, users will receive a set of instructions about how to set up their Solana wallets. They can then transfer their SOL tokens to their wallets 1-2 weeks after the Auction.

**When do I receive my SOL if my bid is successful?**

Users will be able to access their SOL tokens 1-2 weeks post-Auction.

**I didn't find an answer to my question, what can I do?**

No worries! Please contact us at team@coinlist.co.



Jobs   Help   Privacy   Terms   Legal   Status   Blog   Press Inquiries   Media Kit

This site is operated by Amalgamated Token Services Inc. and services are provided through its wholly-owned subsidiaries (altogether, "CoinList"). CoinList does not give investment advice, endorse or make recommendations with respect to any assets or provide legal or tax advice. CoinList Markets LLC (NMLS #1785267) is a Money Services Business registered with the Financial Crimes Enforcement Network and certain states as a money transmitter. Neither CoinList nor any of its officers, directors, agents, or employees makes any warranty, express or implied, of any kind whatsoever related to the adequacy, accuracy, or completeness of any information on this site or the use of information on this site. Data site contains external links to third-party content (content hosted on sites unaffiliated with CoinList). As such, CoinList makes no representations or endorsements whatsoever regarding any third-party content/sites that may be accessible directly or indirectly from this site. CoinList services are only directed toward the residents of jurisdictions where such services are permitted. Some services may be limited to residents of certain jurisdictions, and disclosures may be required to specific jurisdictions, available here. Use of the site is subject to certain risks, including but not limited to those listed here. Assets offered on the platform are not insured by the FDIC, SIPC, or any similar organization. Users must conduct their own due diligence of any digital asset. Participating in digital assets is highly risky and may lead to total loss of funds. By using this site, you explicitly agree to our Terms of Service and Privacy Policy. CoinList and its employees, officers, directors, and affiliates may have interests in assets listed on this site and may also participate in certain offerings using the site (where permitted).

* Not available in all jurisdictions. Past rewards are not an indicator of future results.

Copyright © 2024 CoinList