# Exhibit 3



 Settings



← **Solana** ✔
8,235 posts

**Solana** ✔
@solana

Solana is a blockchain built for mass adoption © Fast, composable, green, and globally distributed. Twitter by @SolanaFndn

📍 Switzerland    🔗 solana.com    📅 Joined January 2018

**1,100** Following    **2.6M** Followers

Posts | Affiliates | Replies | Highlights | Articles | Media | Likes

📌 Pinned

**Solana** ✔ @solana · Apr 2
☀️Solana #Breakpoint2024 is coming ➡️🇸🇬 SOON

Tickets are now available for Breakpoint 2024, running 20-21 Sept. in Singapore! Join the community igniting change and moving at the speed of light.

🎟️ solana.com/breakpoint

> 🖼️ **Solana Breakpoint** ☀️ **SINGAPORE Sept. 2** ✔ 🟰 @SolanaC · Apr 2
> 1/ The Solana ecosystem is moving forward — fast. ☀️🇸🇬
>
> Tickets are now available for #Breakpoint2024! Join the Solana community and industry leaders in Singapore 20-21 Sept. 2024.
> …
> Show more

💬 2.1K    🔁 676    ♡ 1.7K    📊 360K    🔖 ⬆️

**Solana** ✔ @solana · 2h
Attention, builders: submissions for the Solana Renaissance Hackathon are due to @ColosseumOrg by end of day today, April 8, at 11:59pm PST! 🎨

Submit now: arena.colosseum.org

**New to X?**
Sign up now to get you

G  Sign u

 Sign u

Creat

By signing up, you agre
Privacy Policy, includin

**You might lik**

Ethereum F
@ethereum

CZ 🔶 BNB
@cz_binanc

TRON DAO
@trondao

Show more

Something wei

Terms of Service    Priv
Accessibility    Ads inf

**Don't miss what's happening**
People on X are the first to know.

Log in



 Settings



95    197    503    47K

**AndaSeat** ✔ @andaseatchair                    Ad  •••
🚀 2024 Unleashed: AndaSeat Kaiser 4 Series!

📷 Leverage the launch of our latest masterpiece & snag an Early Bird deal! Check out at : rb.gy/4eukva

Don't just game, revolutionize it with  #Kaiser4. 📷📷🌱🛴

5    2    16    60K

🔁 Solana reposted
**Solana Developers** ✔ ▤ @solana_devs · 8h    •••
Big news for web3 developers in France! 🇫🇷🛠️

@alyraBlockchain is offering a 100% free, application-only 8 week training course to dive into Solana development, Rust, and the Solana Virtual Machine.

📅 June 3 - July 28

Learn more and apply by May 30th👇

Développeur Solana - Alyra
From alyra.fr

55    257    435    41K

**New to X?**
Sign up now to get you

🍎 Sign u
Creat

By signing up, you agre
Privacy Policy, includin

**You might lik**
Ethereum F 
@ethereum
CZ ◆ BNB 
@cz_binanc
TRON DAO 
@trondao
Show more

Something wer

Terms of Service  Priv
Accessibility  Ads inf

**Don't miss what's happening**
People on X are the first to know.    Log in




**Settings**

👉 colosseum.org/renaissance 👈

USDC prizes, pre-seed funding from Colosseum, acceptance into our startup accelerator, and Solana glory are all on the line.

Godspeed!



💬 28     🔁 244     ♥ 354     📊 45K

🔁 **Solana reposted**

**Solana Summit** @SolanaSummitOrg · 13h

🚀 GET READY! @SolanaSummitORG is launching its first-ever summit in Kuala Lumpur, Malaysia, on June 20-22!

Join 300+ of the brightest minds across @solana from Asia Pacific and beyond for a power-packed event with 50+ speakers, workshops, and more!

💬 63     🔁 207     ♥ 504     📊 65K

**Solana** ✅ @solana · 21h
1️⃣

The Solana Renaissance Hackathon powered by @ColosseumOrg has a single day remaining — and only you control your destiny.

Who's going to emerge from the arena and build the next breakout web3 startup?

Submit by April 8th, 11:59pm PST: arena.colosseum.org

**New to X?**

Sign up now to get you

 Sign

 Creat

By signing up, you agre
Privacy Policy, includin

**You might lik**

 **Ethereum F**
@ethereum

**CZ** 🔶 **BNB**
@cz_binanc

 **TRON DAO**
@trondao

**Show more**

Something we



Terms of Service   Priv
Accessibility   Ads inf

**Don't miss what's happening**
People on X are the first to know.

Log in

Solana @solana



Settings



Powered by
COLOSSEUM

💬 201    ↻ 603    ♡ 1.2K    ◻ 100K    🔖 ⬆

MediaBoost ✔ @MediaBoost5                    Ad •••

Residential | 4 bedrooms | 3 bathrooms | 2083 sq. ft. | 0.13 acres | MLS#CRDW24033539. Call Deysi Figueroa for a private showing 562-334-0946



PropertyMinder

From spw4u.com

💬    ↻    ♡    ◻ 34K    🔖 ⬆

New to X?

Sign up now to get you

Sign u

Creat

By signing up, you agre
Privacy Policy, includin

You might lik

Ethereum F
@ethereum

CZ 🔶 BNB
@cz_binanc

TRON DAO
@trondao

Show more

Something wer

Terms of Service    Priv
Accessibility   Ads inf

**Don't miss what's happening**
People on X are the first to know.

Log in