# Exhibit 5



## Solana markets

| # | Exchange | Pair | Price | +2% Depth | -2% Depth | Volume (24h) | Volume % | Confidence |
|---|---|---|---|---|---|---|---|---|
| 1 | Binance | SOL/USDT | $174.51 | $3,812,376 | $5,064,262 | $697,711,942 | 24.17% | |
| 2 | Binance | SOL/FDUSD | $174.59 | $1,095,622 | $584,213 | $204,611,074 | | |
| 3 | Binance | SOL/USDC | $174.68 | $738,146 | $721,388 | $151,232,005 | 5.18% | |
| 4 | OKX | SOL/USDT | $174.46 | $2,450,860 | $1,344,847 | $104,864,001 | 3.63% | |
| 5 | Coinbase Exchange | SOL/USD | $174.46 | $2,325,356 | $4,476,321 | $83,084,725 | 2.41% | |
| 6 | Kraken | SOL/USD | $174.39 | $4,424,056 | $3,648,300 | $49,200,756 | 1.42% | |
| 7 | KuCoin | SOL/USDT | $174.60 | $886,868 | $406,596 | $40,537,831 | 1.00% | |
| 8 | Binance | SOL/BTC | $174.62 | $1,468,310 | $1,316,220 | $35,714,229 | 1.00% | |
| 9 | Binance | SOL/TRY | | $351,054 | $332,014 | $332,966 | 1.00% | |
| 10 | Bybit | SOL/USDT | $174.61 | | | | | |

## Solana news

## About Solana

### What Is Solana (SOL)?

Solana is a highly functional open source project that banks on blockchain technology's permissionless nature to provide decentralized finance (DeFi) solutions. While the idea and initial work on the project began in 2017, Solana was officially launched in March 2020 by the Solana Foundation with headquarters in Geneva, Switzerland.

To learn more about this project, check out our deep dive of Solana.

The Solana protocol is designed to facilitate decentralized app (DApp) creation. It aims to improve scalability by introducing a proof-of-history (PoH) consensus combined with the underlying proof-of-stake (PoS) consensus of the blockchain.

Because of the innovative hybrid consensus model, Solana enjoys interest from small-time traders and institutional traders alike. A significant focus for the Solana Foundation is to make decentralized finance accessible on a larger scale.

### Who Are the Founders of Solana?

### What Makes Solana Unique?

### How Many Solana (SOL) Coins Are in Circulation?

### How Is the Solana Network Secured?

### When Can You Buy Solana (SOL)?

### Related Pages:

## Popular Tokens on the Solana Chain

## Most Visited Cryptocurrencies

## Global Prices

## People also watch

## Trending

## Solana Price Live Data

The live Solana price today is $174.68 USD with a 24-hour trading volume of $1,666,675,778 USD. We update our SOL to USD price in real-time. Solana is up 3.28% in the last 24 hours. The current CoinMarketCap ranking is #5, with a live market cap of $1,087,283,551,656 USD. It has a circulating supply of 490,889,348 SOL coins and the max. supply is not available.

If you would like to know where to buy Solana at the current rate, the top cryptocurrency exchanges for trading in Solana stock are currently Binance, Bitunix, OKX, Bitget, and Bybit. You can find others listed on our crypto exchanges page.

Cryptocurrencies > Coins > Solana

© 2025 CoinMarketCap. All rights reserved.