Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>Defendants. | Case No. 3:22-cv-03912-RFL<br><br>CLASS ACTION<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO ALIGN BRIEFING SCHEDULES**<br><br>JURY TRIAL DEMANDED |

DECLARATION OF MATTHEW S. WEILER

I, Matthew S. Weiler, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the state of California. I am a partner at the law firm of Schneider Wallace Cottrell Konecky, LLP, attorneys of record for Plaintiff Mark S. Young, on behalf of himself and all others similarly situated ("Plaintiff"), in this case. Unless otherwise stated on information and belief, I have personal knowledge of the facts and matters stated herein, and could and would competently testify thereto if called upon to do so. I make this declaration in support of Plaintiff's Unopposed Administrative Motion to Align Briefing Schedule.

2. Our team did not realize the briefing schedules for the Motions to Dismiss and Motion to Compel were different until April 29, 2024, when we reviewed the docket to confirm the briefing deadlines for the Motion to Compel Arbitration and Motions to Dismiss.

3. The same day, on April 29, 2024, our team immediately contacted Defendants upon learning of the inconsistency and requested that they confirm the briefing schedules were aligned. Defendants responded that they do not oppose any request to align the motion to compel briefing with the motion to dismiss briefing.

4. Defendants will not be prejudiced by the alignment, as they will receive additional time to file their Reply in support of the Motion to Compel, and the hearing date on the Motion to Compel has always been August 6, 2024.

The foregoing facts based on a review of documents are set forth on information and belief. Unless otherwise indicated, I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my personal knowledge and that I would and could competently testify thereto, if called upon and sworn.

Executed this 30th day April, 2024, in Dallas, Texas.

By: */s/ Matthew S. Weiler*
Matthew S. Weiler

DECLARATION OF MATTHEW S. WEILER
3:22-cv-03912-RFL
1