1  Todd M. Schneider (SBN 158253)
2  Matthew S. Weiler (SBN 236052)
   Sunny S. Sarkis (SBN 258073)
3  **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
4  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
5  Telephone: (415) 421-7100
   TSchneider@schneiderwallace.com
6  MWeiler@schneiderwallace.com
7  SSarkis@schneiderwallace.com

8  Jason H. Kim (SBN 220279)
   **SCHNEIDER WALLACE**
9  **COTTRELL KONECKY LLP**
   300 S. Grand Ave., Suite 2700
10 Los Angeles, California 90071
   Telephone: (415) 421-7100
11 JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>Defendants. | Case No. 3:22-cv-03912-RFL<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO ALIGN BRIEFING SCHEDULES**<br><br>JURY TRIAL DEMANDED |

[PROPOSED] ORDER

IT IS SO ORDERED.

Plaintiff's Unopposed Administrative Motion to Align Briefing Scheduled is GRANTED.

The deadline for Plaintiff's Response to the Joint Motion to Compel Arbitration is May 13, 2024.

The deadline for Defendants' Reply in Support of their Joint Motion to Compel Arbitration is June 1, 2024.

The hearing date of August 6, 2024 for the Joint Motion to Compel Arbitration shall remain intact.

Dated: _____

                                             _____
Honorable Rita F. Lin
United States District Court Judge