1  Todd M. Schneider (SBN 158253)
2  Matthew S. Weiler (SBN 236052)
   Sunny S. Sarkis (SBN 258073)
3  **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
4  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
5  Telephone: (415) 421-7100
   TSchneider@schneiderwallace.com
6  MWeiler@schneiderwallace.com
   SSarkis@schneiderwallace.com
7
8  Jason H. Kim (SBN 220279)
   **SCHNEIDER WALLACE**
9  **COTTRELL KONECKY LLP**
   300 S. Grand Ave., Suite 2700
10 Los Angeles, California 90071
   Telephone: (415) 421-7100
11 JKim@schneiderwallace.com
12
13
14
15                    **UNITED STATES DISTRICT COURT**
16                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, | Case No.  3:22-cv-03912-RFL |
| | CLASS ACTION |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO ALIGN BRIEFING SCHEDULES** |
| SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI, | JURY TRIAL DEMANDED |
| Defendants. | |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | Plaintiff's Unopposed Administrative Motion to Align Briefing Scheduled is GRANTED. |
| 3 | The deadline for Plaintiff's Response to the Joint Motion to Compel Arbitration is May 13, 2024. |
| 5 | The deadline for Defendants' Reply in Support of their Joint Motion to Compel Arbitration is June 1, 2024. |
| 7 | The hearing date of August 6, 2024 for the Joint Motion to Compel Arbitration shall remain intact. |

Dated: May 1, 2024

_____
Honorable Rita F. Lin
United States District Court Judge