Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK YOUNG, on behalf of himself and all other similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>          Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:  Hon. Rita F. Lin<br>Date:  August 6, 2024<br>Time:  10:00 a.m.<br>Court: Courtroom 15 – 18th Floor |

-0-

I, Matthew S. Weiler, declare:

1.      I make this declaration on my own personal knowledge and if called to testify on these matters, I could do so competently.

2.      I am a partner with Schneider Wallace Cottrell Konecky LLP, counsel of record for Plaintiff Mark S. Young ("Young").  I am duly licensed to practice law in the State of California and am admitted to practice in this District.  I make this declaration in support of Young's Opposition to Solana Labs, Inc.'s Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint.

3.      I am informed and believe that Exodus is a secure cryptocurrency wallet designed to provide users with a platform for managing their digital assets, including Solana tokens ("SOL").

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Exodus website page explaining its swap feature available to its users that allows them to exchange one cryptocurrency to another. I am informed and believe Plaintiff Young exercised this feature to purchase SOL. This document was downloaded from: *https://www.exodus.com/support/en/articles/8598908-how-do-i-get-help-with-my-buy-or-sell-crypto-order*.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of a printout from Yahoo Finance reflecting SOL securities price at 2:14 pm on May 10, 2024, https://www. https://finance.yahoo.com/quote/SOL-USD (last visited May 13, 2024).

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May 2024, at Moraga, California.


*/s/ Matthew S. Weiler*
Matthew S. Weiler

-1-

WEILER DECL. ISO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE                    Case No. 3:22-cv-03912-RFL

# EXHIBIT 1

Case 3:22-cv-03912-RFL Document 89-1 Filed 05/13/24 Page 4 of 34 How do I swap crypto in Exodus Swap? | Exodus Support Knowledge Base



Search for articles...

All Collections   ›   Swap   ›   How do I swap crypto in Exodus Swap?

# How do I swap crypto in Exodus Swap?

Learn how to swap Bitcoin and crypto using Exodus Swap! How to swap cryptocurrency in Exodus.

Updated over a week ago

Table of contents   ⌄

Learn how to swap Bitcoin and other crypto in Exodus. Swap one asset for another in Exodus Swap!

Would you like to swap crypto in Exodus? You can [download Exodus here](https://www.exodus.com).

How do I swap crypto in Exodus? Swap | Exodus Support Knowledgebase

How to Make Bitcoin Crosschain swaps | Exodus Tutorial



## In this article:

- [What is Exodus Swap?](#)
  - [Which assets are available to swap in Exodus?](#)
  - [How much crypto can I swap?](#)
- [How do I swap crypto?](#)
  - [Mobile](#)
  - [Desktop](#)
  - [Web3 Wallet](#)
  - [Trezor](#)
- [How do I find another platform to swap my asset?](#)

[Lee este artículo en Español | Read this article in Spanish](#)

## What is Exodus Swap?

You can swap one crypto for another using the in-app swap in Exodus.

Swap services are available through third-party API providers.

How do I swap crypto in Exodus? | Exodus Support & Knowledge Base

Your crypto is sent from your self-custody Exodus wallet to a third-party swap API provider, which then sends your new crypto back.

If you're looking for a DEX to swap your tokens, you can find one for supported networks in Exodus Web3 Wallet: How do I swap crypto in Web3 Wallet?

## Which assets are available to swap in Exodus?

You can see all assets that are supported in Exodus here: Status.

Assets that are available to swap will have a green checkmark in the *Swap* column.



## How much crypto can I swap?

There are a lot of assets available to swap in Exodus. However, it's important to note that there is a minimum amount and a maximum amount you can swap.

Third-party swap API providers set floating minimums and maximums on their orders so that they can be sure all customers will be able to make their swaps.

5/11/24, 3:16 PM
How do I swap crypto in Exodus Swap? | Exodus Support Knowledge Base
Case 3:22-cv-03912-RFL   Document 89-1   Filed 05/13/24   Page 7 of 34

These limits are determined according to several factors such as the liquidity of the assets you want to swap, as well as market conditions at the time of the swap.

However, there is no limit on the number of times you can swap. You can do as many maximum swaps as you would like.

# How do I swap crypto?

## Mobile

1. In Exodus Mobile, tap on the *Swap* icon.



2. a) Select the asset from the dropdown menu that you want to swap on the top, b) then select the asset you want to receive on the bottom.

Case 3:22-cv-03912-RFL   Document 89-1   Filed 05/13/24   Page 8 of 34



3. Next, enter the amount of crypto you want to swap by tapping the ***0.00***. You have a few ways to do this:

- **a )** ***MIN***: the minimum amount you can swap.
- **b)** ***HALF***: swap half of your balance
- **c)** ***ALL***: swap all of your balance
- **d)** Enter an exact amount of crypto or fiat currency



4. The network fee shows in the same fiat currency value set for your wallet. If you wish to view the network fee in the asset you are swapping, tap on the network fee.

**For steps to change your fiat currency, visit: <u>How do I change the fiat currency?</u>**



5. Once you confirm the amount of crypto you will send and receive, tap **Swap Now**.

5/11/24, 3:16 PM
Case 3:22-cv-03912-RFL Document 80-1 Filed 05/13/24 Page 11 of 34
How do I swap crypto in Exodus? Swap | Exodus Knowledge Base



6. Be careful not to close your wallet during the *Starting* screen, or your swap will not finish initiating.



7. After your wallet display changes to *Receiving...*, there is nothing more to do on your end. Tap **Continue** to return to your wallet or close Exodus. Your new crypto will arrive in your wallet shortly!

**Enable wallet activity notifications to receive a push notification when your swap completes: How do I manage notifications on Exodus Mobile?**



## Desktop

1. In Exodus Desktop, click on the *Swap* tab at the top.



2. If you are using multiple portfolios in the wallet, you can show or hide them by clicking on **Show / Hide Portfolios**.



If you choose a) *Show Portfolios*, b) you can select the portfolio for each asset in the swap pair.

5/11/24, 3:16 PM
How do I swap crypto in Exodus Swap? | Exodus Support | Knowledge Base
Case 3:22-cv-03912-RFL Document 89-1 Filed 05/13/24 Page 15 of 34



3. From the dropdown menu, select the asset that you want to swap on top, and pick the asset you want to receive at the bottom.



4. If you are using multiple portfolios, you can choose the portfolio for the asset you would like to swap, as well as for the asset that you would like to receive.



5. Next, enter the amount of crypto you want to swap. You have a few ways to do this:

    a. Select an amount by entering a value in crypto or fiat.
    b. *MIN*: The minimum amount you can swap.
    c. *HALF*: swap half of your balance.
    d. *ALL*: swap all of your balance.



6. After selecting an amount, you can have a look at the network fee to send your asset to swap.



7. Once you are happy with the amount of crypto you will send and receive, along with the network fee, click **Swap Now**.



8. Be careful not to close your wallet during the *Starting Your Swap...* screen, or your swap will not finish initiating.



When you see *Swap in Progress!*, there is nothing more to do on your end. You are free to close Exodus. Your new crypto will arrive in your wallet shortly!

## Web3 Wallet

For our full guide on how to swap crypto in Web3 Wallet, you can see our Knowledge Base article here: How do I swap crypto in Web3 Wallet?

In Web3 Wallet, you are able to swap crypto via both decentralized (DEX) and centralized (CEX) third-party exchange API providers.

> Exodus Swap in Web3 Wallet integrates a DEX aggregator for each supported blockchain and handles cross-chain swaps through the same third-party exchange API providers available in Desktop and Mobile.

1. In Web3 Wallet, click on the *Swap* icon.



2. To select the asset you want to swap from, click the *I have* dropdown menu.



3. Next, a) search for the token by name or ticker symbol, b) click **Filter** to display tokens on a specific network, or c) select from the list of all available tokens.



4. Click the *I want* dropdown menu to select the token you'd like to receive.



5. a) Search for your token, or b) scroll through the list.



6. Enter the amount of crypto you want to swap. You have a few ways to do this:

5/11/24, 3:16 PM
How do I swap crypto in Exodus Swap? | Exodus Support
Case 3:22-cv-03912-RFL   Document 89-1   Filed 05/13/24   Page 22 of 34

- a) **MIN**: the minimum amount you can swap.
- b) **HALF**: swap half of your balance
- c) **ALL**: swap all of your balance
- d) Enter an exact amount of crypto by clicking on the amount



7. You can review your swap details by clicking **Network Fee**.



8. After reviewing your swap details, click **X** to return to your swap.



9. When you are ready, click ***Swap***.

5/11/24, 3:16 PM
How do I swap crypto in Exodus? (Swap) | Exodus Support

Case 3:22-cv-03912-RFL   Document 80-1   Filed 05/13/24   Page 34 of 34



10. Once your swap begins, a new tab will open in your browser to display the progress. You can leave the tab open to monitor the swap progress, or a) close the tab and continue using Exodus by b) clicking the Web3 Wallet icon. Your swap progress is also available by navigating to the swap history page.



11. And that's it! Your swap is complete. a) Click ***Open Explorer*** to view the swap transaction on a block explorer, or b) click the Web3 Wallet icon to continue using Exodus.



## Trezor

1. First, connect and unlock your Trezor. Then, in Exodus Desktop, click the *Swap* icon.



2. Click **Show Portfolios**.



3. You can a) choose between Trezor and Exodus portfolios to swap from, and b) choose between Trezor and Exodus portfolios to receive your swapped tokens.

How do I swap crypto in Exodus Swap? – Exodus Support | Knowledge Base



4. To select your Trezor portfolio, a) click the *Portfolio* icon, then b) click the Trezor icon.





5. Next, a) search for the token by name or ticker, or b) select from the list of available tokens. If you select an asset not supported in Trezor, you'll be asked to choose another portfolio.



5/11/24, 3:16 PM
How do I swap crypto in Exodus Swap? | Exodus Support Knowledge Base
Case 3:22-cv-03912-RFL Document 80-1 Filed 05/13/24 Page 29 of 34



6. Once you've chosen the portfolios to use and tokens to swap, follow the Desktop steps above.



## How do I find another platform to swap my asset?

When you do not have enough crypto for a minimum swap, or if your asset is unavailable to swap in Exodus, you can look for an alternate platform.

To find another platform, you can go to [CoinMarketCap](#), search for your asset, and click on **Market**. This will show you other platforms where it is possible to swap that asset.

> CoinMarketCap is not affiliated with Exodus. As such, Exodus cannot guarantee that the steps shown and the information provided will always be accurate.



*Exodus is not affiliated with any third-party platforms, external links, or any other third-party resources mentioned in this article. As such, Exodus cannot guarantee the performance of third-party products or services, or that the steps shown and the information provided will always be accurate.*

## Related Articles

How do I send Bitcoin and crypto from Exodus?                                          >

Case 3:22-cv-03912-RFL Document 89-1 Filed 05/13/24 Page 31 of 34

What are the benefits of swapping crypto in Exodus vs. centralized exchanges? ›

How do I swap crypto in Web3 Wallet? ›

How do I send crypto from Atomic Wallet to Exodus? ›

How do I receive Bitcoin and crypto in Exodus? ›

Did this answer your question?

  

**Products**

Web3 Wallet

Mobile Wallet

Desktop Wallet

Trezor Hardware Wallet

Exodus Crypto Apps

Wallet as a Service

XO Swap

**Support**

Support

Knowledge Base

Legal Inquiries

Status

YouTube

Newsletter

**Company**

About Us

Investors

Careers

Contact Us

Brand Guidelines

Security

**Terms**

Privacy Policy

Terms of Service



Copyright © 2024 Exodus Movement, Inc. Exodus was co-founded by Daniel Castagnoli and JP Richardson.

Exodus is a software platform ONLY and does not conduct any independent diligence on or substantive review of any blockchain asset, digital currency, cryptocurrency or associated funds. You are fully and solely responsible for evaluating your investments, for determining whether you will swap blockchain assets based on your own, and for all your decisions as to whether to swap blockchain assets with the Exodus in app swap feature. In many cases, blockchain assets you swap on the basis of your research may not increase in value, and may decrease in value. Similarly, blockchain assets you swap on the basis of your research may increase in value after your swap.

Past performance is not indicative of future results. Any investment in blockchain assets involves the risk of loss of part or all of your investment. The value of the blockchain assets you exchange is subject to market and other investment risks.

Exodus is not responsible for your decisions, actions, or losses that result from using Exodus. If the recovery phrase is lost, the user might not be able to retrieve their private keys.

# EXHIBIT 2

**Solana USD (SOL-USD)** 
CCC - CoinMarketCap. Currency in USD

**146.09** -4.43 (-2.95%)
As of 09:05PM UTC. Market open.



© 2024 Yahoo. All rights reserved. In partnership with ChartIQ

Data Disclaimer   Help   Suggestions

Terms and Privacy Policy   About Our Ads   Sitemap