Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO THE SOLANA FOUNDATION**<br><br>Hon: Rita F. Lin |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO THE SOLANA FOUNDATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice that all claims against Defendant the Solana Foundation are dismissed without prejudice. Neither Plaintiff Young nor his counsel received any remuneration in connection with this voluntary dismissal.

Dated: May 14, 2024.

                    Respectfully submitted,

                    */s/ Matthew S. Weiler*

Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

*Counsel for Plaintiff Mark Young and the Proposed Class*