Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; THE SOLANA FOUNDATION; ANATOLY YAKOVENKO; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>Defendants. | Case No. 3:22-cv-03912-RFL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ANATOLY YAKOVENKO**<br><br>Hon: Rita F. Lin |

1  **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ANATOLY YAKOVENKO**

2  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff hereby gives

3  notice that all claims against Defendant Anatoly Yakovenko are dismissed without prejudice.

4  Neither Plaintiff Young nor his counsel received any remuneration in connection with this

5  voluntary dismissal.

6  Dated: May 14, 2024.

Respectfully submitted,

*/s/ Matthew S. Weiler*

Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

*Counsel for Plaintiff Mark Young and the Proposed Class*

-1-

NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ANATOLY YAKOVENKO | Case No. 3:22-cv-03912-RFL