LATHAM & WATKINS LLP
  Matthew Rawlinson (CA Bar No. 231890)
   matt.rawlinson@lw.com
  140 Scott Drive
  Menlo Park, CA 94025
  Telephone: +1.650.328.4600

  Morgan E. Whitworth (CA Bar No. 304907)
   morgan.whitworth@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  Telephone: +1.415.391.0600

  Susan E. Engel (*pro hac vice*)
   susan.engel.@lw.com
  555 Eleventh Street, N.W., Suite 1000
  Washington, D.C. 20004-1304
  Telephone: +1.202.637.2200
  Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., MULTICOIN CAPITAL MANAGEMENT LLC, and KYLE SAMANI,<br><br>Defendants. | Case No.: 3:22-cv-03912-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Rita F. Lin |

Pursuant to Civil Local Rules 6-1 and 6-2, Lead Plaintiff Mark Young ("Plaintiff"), Defendants Solana Labs, Inc. ("Solana Labs"), Multicoin Capital Management LLC ("Multicoin") and Kyle Samani (together with Solana Labs and Multicoin, "Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on December 21, 2023, the Court granted the Parties' stipulation providing that following the filing of Plaintiff's amended complaint on January 12, 2024, Defendants would move to dismiss on or before March 12, 2024, Plaintiff would oppose on or before April 11, 2024, and Defendants would reply on or before May 13, 2023 (Dkt. 67);

**WHEREAS**, on January 12, 2024, Plaintiff filed his Consolidated Amended Class Action Complaint ("Amended Complaint") (Dkt. 68);

**WHEREAS**, on February 14, 2024, the Court granted the Parties' stipulation revising the briefing schedule on Defendants' motions to dismiss to provide that Defendants would file their anticipated motions to dismiss on or before April 11, 2024, Plaintiff would file his oppositions on or before May 13, 2024, and Defendants would file their replies on or before June 12, 2024 (Dkt. 71);

**WHEREAS**, on April 11, 2024, Defendants filed their motions to dismiss and noticed a hearing on the motions for August 6, 2024 (Dkts. 76, 80);

**WHEREAS**, on May 13, 2024, Plaintiff filed his oppositions to Defendants' motions to dismiss (Dkts. 87, 88);

**WHEREAS**, Defendants' replies in support of their motions to dismiss are due June 12, 2024 (Dkt. 71);

**WHEREAS,** in light of the complexity and length of the oppositions, as well as deadlines in other matters and personal obligations for Defendants' counsel, the Parties met and conferred and agreed that good cause exists for a modest extension to Defendants' time to file their replies in support of their motions to dismiss from June 12, 2024 to June 20, 2024;

1   IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
2   parties, that subject to the Court's approval:

3   1.   Defendants shall file their replies in support of their respective motions to dismiss
4   on or before June 20, 2024.

6   DATED: May 23, 2024                    LATHAM & WATKINS LLP

     /s/ Susan E. Engel
    Susan E. Engel (pro hac vice)
    susan.engel.@lw.com
    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Telephone: +1.202.637.2200
    Facsimile: +1.202.637.2201

    Matthew Rawlinson (CA Bar No. 231890)
    matt.rawlinson@lw.com
    140 Scott Drive
    Menlo Park, CA 94025
    Telephone: +1.650.328.4600

    Morgan E. Whitworth (CA Bar No. 304907)
    morgan.whitworth@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    ORRICK, HERRINGTON &
    SUTCLIFFE LLP

    DAVID MCGILL (pro hac vice pending)
    dmcgill@orrick.com
    2100 Pennsylvania Avenue NW
    Washington, D.C. 20037
    Telephone: +1 202 339 8666
    SACHI SCHURICHT (SBN 317845)
    sschuricht@orrick.com
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94105-2669
    Telephone: +1 415 773 5700

    *Attorneys for Defendant Solana Labs, Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 23, 2024 | SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP |

*/s/ Sunny Sarkis*
Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny Sarkis (SBN 258073)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com
Jason H. Kim (SBN 220279)
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

*Counsel for Plaintiff Mark Young and the Proposed Class*

DATED: May 23, 2024    WAYMAKER LLP

*/s/ Kevin M. Casey*
Brian E. Klein (CA Bar No. 258486)
bklein@waymakerlaw.com
Donald R. Pepperman (CA Bar No. 109809)
dpepperman@waymakerlaw.com
Scott M. Malzahn (CA Bar No. 229204)
smalzahn@waymakerlaw.com
Kevin M. Casey (CA Bar No. 338924)
kcasey@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: +1.424.652.7800

*Attorneys for Defendants Multicoin Capital Management, LLC and Kyle Samani*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  DATED: _____

                                            Hon. Rita F. Lin
                                            United States District Court Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Continuing Defendants' Time to File Replies in Support of Motions to Dismiss Consolidated Amended Class Action Complaint. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Susan E. Engel, attest that concurrence in the filing of this document has been obtained.

DATED:  May 23, 2024                    /s/Susan E. Engel
                                        Susan E. Engel