LATHAM & WATKINS LLP
  Matthew Rawlinson (CA Bar No. 231890)
   *matt.rawlinson@lw.com*
  140 Scott Drive
  Menlo Park, CA 94025
  Telephone: +1.650.328.4600

  Morgan E. Whitworth (CA Bar No. 304907)
   *morgan.whitworth@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  Telephone: +1.415.391.0600

  Susan E. Engel (*pro hac vice*)
   *susan.engel.@lw.com*
  555 Eleventh Street, N.W., Suite 1000
  Washington, D.C. 20004-1304
  Telephone: +1.202.637.2200
  Facsimile: +1.202.637.2201

*Attorneys for Defendant Solana Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC., MULTICOIN CAPITAL MANAGEMENT LLC, and KYLE SAMANI,<br><br>Defendants. | Case No.: 3:22-cv-03912-RFL<br><br>**DECLARATION OF SUSAN E. ENGEL IN SUPPORT OF STIPULATION CONTINUING DEFENDANTS' TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Rita F. Lin |

I, Susan E. Engel, hereby declare as follows:

1. I am an attorney admitted to practice law in the District of Columbia and am admitted *pro hac vice* to this Court and a partner of Latham & Watkins LLP, counsel of record for defendant Solana Labs, Inc. ("Solana Labs") in the above-captioned action. I submit this declaration in support of the Parties' Stipulation Continuing Defendants' Time to File Replies in Support of Motions to Dismiss Consolidated Amended Class Action. I make this declaration based on my personal knowledge.

2. On January 12, 2024, Plaintiff filed his Consolidated Amended Class Action Complaint ("Amended Complaint") (Dkt. 68).

3. On April 11, 2024, Defendants Solana Labs, Multicoin Capital Management LLC, and Kyle Samani (collectively, "Defendants") filed their motions to dismiss and noticed a hearing on the motions for August 6, 2024 (Dkts. 76, 80).

4. On May 13, 2024, Plaintiff filed his oppositions to Defendants' motions to dismiss (Dkts. 87, 88).

5. Defendants' replies in support of their motions to dismiss are due June 12, 2024 (Dkt. 71).

6. In light of the complexity and length of the oppositions, as well as deadlines in other matters and personal obligations for Defendants' counsel, Defendants and Plaintiff met and conferred and agreed that good cause exists for a modest extension to Defendants' time to file their replies in support of their motions to dismiss from June 12, 2024 to June 20, 2024.

7. On December 21, 2024, this Court granted the Parties' stipulation providing for Defendants to move to dismiss on March 12, 2024, Plaintiff to oppose on April 11, 2024, and Defendants to reply on May 13, 2024 (Dkt. 67).

8. On February 14, 2024, this Court granted the Parties' stipulation revising the briefing schedule on Defendants' motions to dismiss to provide that Defendants would file their anticipated motions to dismiss on or before April 11, 2024, Plaintiff would file his oppositions

1  on or before May 13, 2024, and Defendants would file their replies on or before June 12, 2024
2  (Dkt. 71).
3     9.   Counsel for Plaintiff and Defendants in the above-captioned action respectfully
4  submit that good cause exists for the requested extension.
5     10.  No other deadlines in this action will be affected by this extension, as the
6  August 6, 2024 hearing date will remain unchanged.

8  I declare under penalty of perjury that the foregoing is true and correct.
9  Executed this 23rd Day of May 2024, in Washington, District of Columbia.

           */s/ Susan E. Engel*
11         Susan E. Engel