Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SOLANA LABS, INC.; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI, <br><br> Defendants. | Case No. 3:22-cv-03912-RFL <br><br> CLASS ACTION <br><br> **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION RE PAGE LIMITS** <br><br> JURY TRIAL DEMANDED |

DECLARATION OF MATTHEW S. WEILER

I, Matthew S. Weiler, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the state of California. I am a partner at the law firm of Schneider Wallace Cottrell Konecky, LLP, attorneys of record for Plaintiff Mark S. Young, on behalf of himself and all others similarly situated ("Plaintiff"), in this case. Unless otherwise stated on information and belief, I have personal knowledge of the facts and matters stated herein, and could and would competently testify thereto if called upon to do so. I make this declaration in support of Plaintiff's Unopposed Administrative Motion Concerning Page Limits.

2. During the week of May 20, 2024, I met and conferred with counsel for all Defendants concerning the page limits for Plaintiff's Opposition to Motion to Compel Arbitration and the deadlines for Defendants' Replies in Support of their Motions to Dismiss and Motions to Compel Arbitration.

3. During the meet and confer discussions, I met and conferred with Defendants Solana Labs, Multicoin, and Samani, who do not oppose Plaintiff's page-extension request provided that if the Court grants Plaintiff such an extension, Defendants be afforded additional pages for a total of twenty (20) pages on Reply. Alternatively, if the Court requires that Plaintiff file a fifteen (15) page opposition as per the Court's Standing Order, Defendants ask that Plaintiff be required to file within three (3) days of the Court's order, and that Defendants be afforded the later of three (3) weeks after the Court's order or June 20, 2024, to file their Joint Reply in Support of Defendants' Motion to Compel Arbitration.

The foregoing facts based on a review of documents are set forth on information and belief. Unless otherwise indicated, I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my personal knowledge and that I would and could competently testify thereto, if called upon and sworn.

Executed this 29th day May, 2024, at Moraga, California.

By: */s/ Matthew S. Weiler*
Matthew S. Weiler

DECLARATION OF MATTHEW S. WEILER
3:22-cv-03912-RFL
1