Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Sunny S. Sarkis (SBN 258073)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
SSarkis@schneiderwallace.com

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
300 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (415) 421-7100
JKim@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLANA LABS, INC.; MULTICOIN CAPITAL MANAGEMENT LLC; KYLE SAMANI,<br><br>Defendants. | Case No.  3:22-cv-03912-RFL<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION RE PAGE LIMITS**<br><br>JURY TRIAL DEMANDED |

[PROPOSED] ORDER

IT IS SO ORDERED.

Plaintiff's Unopposed Administrative Motion re Page Limits is GRANTED.

The twenty-five page (25) Opposition to Defendants' Joint Motion to Compel Arbitration filed by Plaintiff on May 13, 2024 (ECF No. 86) is permitted.

Defendants are permitted to file a single, twenty (20) page Joint Reply in Support of their Joint Motion to Compel Arbitration filed on April 11, 2024 (ECF No. 78), which is due on or before Thursday, June 20, 2024.

Dated: _____

_____
Honorable Rita F. Lin
United States District Court Judge